## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-02989-CRC |

**Joint Motion for Entry of a Scheduling Order**

On October 21, 2024, Plaintiffs commenced this action, which challenges the Food and Drug Administration's regulation of homeopathic drugs under the Administrative Procedure Act. ECF No. 1. Defendants intend to move to dismiss the complaint for lack of subject-matter jurisdiction and failure to state a claim. After conferring, the parties jointly propose the following briefing schedule for Defendants' forthcoming motion to dismiss:

| | |
|---|---|
| Tuesday, January 21, 2025 | Defendants' Motion to Dismiss the Complaint |
| Friday, February 21, 2025 | Plaintiffs' Opposition to Defendants' Motion to Dismiss |
| Monday, March 24, 2025 | Reply in Support of Defendants' Motion to Dismiss |

Accordingly, the parties request the Court adopt this schedule for the efficient and orderly resolution of this motion. A proposed scheduling order is attached hereto.

December 23, 2024

/s/ Jonathan W. Emord (by permission)
JONATHAN W. EMORD (D.C. Bar 407414)
Emord & Associates, P.C.
11808 Wolf Run Lane
Clifton, VA  20124
Phone: (202) 466-6937
jemord@emord.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 514-6786
(202) 514-8742 (fax)
james.w.harlow@usdoj.gov

*Counsel for Defendants*