# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>United States of America, *et al.*,<br><br>  Defendants. | Case No. 1:24-cv-02989-CRC |

## Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Failure to State a Claim

Defendants hereby move the Court under Federal Rule of Civil Procedure 12(b)(1) and (b)(6) to dismiss this action for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in an accompanying memorandum.

January 21, 2025

OF COUNSEL:

MARK RAZA
Chief Counsel

WENDY VICENTE
Deputy Chief Counsel, Litigation

ELIZABETH BONOMO
Assistant Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Ave.
White Oak 31
Silver Spring, MD  20993-0002

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

MICHAEL D. GRANSTON
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director, Civil Chief

HILARY K. PERKINS
Assistant Director

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 514-6786
(202) 514-8742 (fax)
james.w.harlow@usdoj.gov
