UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-02989-CRC |

**[Proposed] Order Granting Defendants' Motion to Dismiss**

Before the Court is Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) and (b)(6) for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. Having considered the parties' arguments in light of the governing standard, it is hereby ORDERED that Defendants' motion to dismiss is GRANTED. The Clerk shall close the case.

SO ORDERED.


Dated: _____          _____
                                CHRISTOPHER R. COOPER
                                United States District Judge