UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, *et al.*, <br><br> Defendants. | Case No. 1:24-cv-02989-CRC |

**Declaration of James W. Harlow**

Pursuant to 28 U.S.C. § 1746, I, James W. Harlow, declare as follows:

1. I am a senior trial attorney employed by the U.S. Department of Justice, Civil Division, Consumer Protection Branch. I represent Defendants in this matter. The purpose of this declaration is to authenticate and provide the exhibits cited in the Memorandum in Support of Defendants' Motion to Dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of FDA, *Homeopathic Drug Products: Guidance for FDA Staff & Industry* (Dec. 2022).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Response to the Citizen Petition of Americans for Homeopathy Choice (Docket No. FDA 2020-P-1510) issued by FDA on December 6, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 21, 2025.

/s/ James W. Harlow
JAMES W. HARLOW
Senior Trial Attorney
Consumer Protection Branch

1

Civil Division  
U.S. Department of Justice  
PO Box 386  
Washington, DC  20044-0386  
(202) 514-6786  
(202) 514-8742 (fax)  
james.w.harlow@usdoj.gov