# EXHIBIT A

DECLARATION OF ROBERT VERKERK, PH.D.

**DECLARATION OF ROBERT VERKERK, Ph.D.**

I, Robert Verkerk, Ph.D, declare under penalty of perjury of the laws of the United States that the following is true and correct:

1. I am over 18 years of age and am competent to testify as to the following facts and circumstances.

2. I am the Executive and Scientific Director of the Alliance for Natural Health International and the Alliance for Natural Health-USA (ANH-USA). ANH-USA is a 501(c)(4) public advocacy organization representing over 670,000 consumers, healthcare providers, and natural food and dietary supplement manufacturers across the United States.

3. On October 25, 2019, the FDA withdrew Compliance Policy Guidance (CPG) 400.400, which for over thirty years had provided comprehensive guidelines for homeopathic manufacturers on how to manufacture, label, and sell homeopathic drugs. CPG 400.400 included key provisions related to directions for use, ingredient statements, documentation for recognition in the Homeopathic Pharmacopoeia of the United States (HPUS), product names, labeling exemptions for small containers, language requirements, and more. It covered both prescription and over-the-counter (OTC) homeopathic drugs and established standards for compliance with current good manufacturing practices.

4. ANH-USA's mission is to promote sustainable approaches to healthcare and defend freedom of choice in healthcare. This mission includes ensuring that consumers have access to affordable and effective over-the-counter (OTC) homeopathic drugs. The FDA's recent decision to revoke the Compliance Policy Guide (CPG) 400.400, which allowed homeopathic drugs to be marketed without pre-market approval, has significantly frustrated ANH-USA's mission by making homeopathic products more difficult to access, more costly to obtain, and less available to consumers. This decision has caused an injury-in-fact to ANH-USA's organizational interests, as it undermines our ability to advocate for affordable and accessible natural healthcare options.

5. ANH-USA actively participated in the FDA's notice-and-comment proceedings regarding the regulation of homeopathic drugs. In addition to different Action Plans, on Jan. 23, 2018, I caused a comment to be filed for Alliance for Natural Health-USA in response to the FDA's solicitation for comments in the following docket concerning regulation of homeopathy in the United States: Docket Document (FDA-2017-D-6580-0001). That comment appears as FDA2017-D-6580-0383 in the FDA's docket files. See Comment from Alliance for Natural Health USA, Posted by the Food and Drug Administration on Jan 23, 2018- https://www.regulations.gov/comment/FDA-2017-D-6580-0383.

6. On March 30, 2018, I caused a second comment to be filed on behalf of Alliance for Natural Health--USA in response to the FDA's solicitation for comments in the following docket concerning regulation of homeopathy in the United States: Docket Document (FDA-2017-D6580-0001). That comment appears as FDA-2017-D-6580-4148 in the FDA's docket files. See Comment from Alliance for Natural Health – USA, Posted by the Food and Drug Administration on Mar 30, 2018- https://www.regulations.gov/comment/FDA-2017-D-6580-4148.

7. On June 26, 2020, I caused a third comment to be filed for Alliance for Natural Health-USA in response to the FDA's solicitation for comments in the following docket concerning regulation of homeopathy in the United States: Docket Document (FDA-2017-D-6580-4828). That comment appears as FDA-2017-D-6580-35448 in the FDA's docket files. See Comment from Alliance for Natural Health USA, Posted by the Food and Drug Administration on Jun 26, 2020- https://www.regulations.gov/comment/FDA-2017-D-6580-35448.

8. In the comments filed by ANH-USA, I advocated that the FDA retain the then operative Compliance Policy Guide (CPG) 400.400, which had allowed homeopathic companies to sell homeopathic drugs in the United States without pre-market drug approval.

9. Despite ANH-USA's advocacy efforts, the FDA rejected our comments, and in December 2022, the FDA replaced the CPG with a new guidance document that requires homeopathic drugs to undergo the same pre-market approval process as conventional drugs under 21 U.S.C. § 355.

10. This decision has fundamentally altered the regulatory landscape for homeopathic drugs, imposing significant financial and operational burdens on homeopathic manufacturers and limiting consumer access to these products.

11. The FDA's decision to revoke CPG 400.400 has had a profound adverse impact on the homeopathic industry and manufacturers. Meditrend, Inc., a member of ANH-USA and a plaintiff in this case, has been directly harmed by the FDA's decision in multiple ways.

12. Meditrend has lost access to critical antigenic ingredients needed for their homeopathic allergy formulations due to the FDA's recent guidance requiring facility inspections of ingredient suppliers. Although physicians using similar antigenic substances for injectable treatments are exempt from these inspections, Meditrend's suppliers—operating under grandfathered FDA regulations—have refused to allow the required inspections. As a result, Meditrend's manufacturer can no longer procure these ingredients without violating FDA guidelines, and once the current stock is depleted, they will be forced to cease offering their allergy products. See Exhibit B4 and B6.

13. The new FDA regulations have caused severe disruptions to Meditrend's business relationships, including the cancellation of a major expansion into Whole Foods' 500-store initiative. Whole Foods has removed all Meditrend products from their shelves, resulting in the loss of significant existing and future revenue. Additionally, ongoing legal battles with retailers like Sprouts have arisen due to the FDA's classification of homeopathic products as new drugs, further straining Meditrend's operations and putting over $3.5 million in annual sales at risk. See Exhibit B4 and B6.

14. Meditrend has been unable to introduce new products since the FDA's revocation of the Compliance Policy Guide (CPG) in December 2022. The FDA's new stance has stifled innovation, as seen with the discontinuation of a promising natural immunotherapeutic for cancer and immune-related diseases, which had shown remarkable efficacy in trials. These regulatory changes have not only harmed Meditrend financially but also deprived consumers of access to affordable and innovative homeopathic solutions that have been safely produced for over 40 years. See Exhibit B4 and B6.

15. Consumers who rely on homeopathic remedies for affordable and effective healthcare options have been harmed by the FDA's decision. The increased costs and regulatory burdens imposed by the FDA's new requirements have made homeopathic products less accessible and more expensive, reducing consumer choice and access to alternative healthcare options.

16. For the reasons stated above, the FDA's decision to revoke CPG 400.400 and impose premarket approval requirements on homeopathic drugs has caused significant harm to ANH-USA, its members, and the consumers it represents. We therefore respectfully request the court to address these issues and provide relief for the harm caused.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on February 19, 2025.

Robert Verkerk, Ph.D.

Executive & Scientific Director,

Alliance for Natural Health USA