# EXHIBIT B

## DECLARATION OF RICHARD D. SAVAGE

# EXHIBIT B7

**Cancellation Email 3**

**<u>Outlook</u>**

---

**<u>Reselling Allergena & Progena Products</u>**

---

From Seneca R. Savage
    &lt;srsavage@meditrend.com&gt; Date Tue
    11/22/2022 5:15 PM
To joe@healthlifeny.com &lt;joe@healthlifeny.com&gt;

   1 attachment (1 19 KB)
MEDITREND MAP Policy - rev 1 1.1 6.22.pdf;

Dear Mr. Brach,

The notice below is being delivered to all Online Resellers selling Meditrend Brands (Allergena & Progena) via 3rd Party Marketplaces including, but not limited to Amazon.

Progena is reorganizing due to supply chain issues and other market forces outside our control. Accordingly, sales to online resellers selling via third-party marketplaces, including Amazon, are being halted. Sellers WILL be permitted to sell their remaining stock via these marketplaces, pursuant to the attached MAP policy.

Online Reseller Accounts designated internally as selling via third party marketplace(s) have been closed and will no longer receive discounted pricing. If your account has been closed as a result of this change, yet you intend to sell product through a brick and mortar store or via your own website, <u>please re-apply for a reseller account at Meditrend.com.</u>

We apologize for this sudden, unfortunate change of circumstances affecting Online Resellers and we want to thank you for your patronage over the years.

Sincerely,

**Seneca R. Savage**
Chief Executive Officer

MEDITREND

# EXHIBIT B8

**Cancellation Email 4**

## Outlook

---

## Reselling Allergena & Progena Products

---

From Seneca R. Savage
  <srsavage@meditrend.com>
Date Mon 11/21/2022 6:21 PM
To markmsutton58@gmail.com <
    markmsutton58@gmail.com> Cc orders
    <orders@meditrend.com>


  1 attachment (1 19 KB)
MEDITREND MAP Policy - rev 1 1.1 6.22.pdf;


Hello Dr. Sutton,

We are in receipt of your order and want to give you the opportunity to proceed or cancel,

based on the following.

The notice below is being delivered to all Online Resellers selling Meditrend Brands

(Allergena & Progena) via 3rd Party Marketplaces, such as Amazon. Since your

order was just submitted, we are willing to fill it, and allow you to resell this and

remaining stock via 3rd party marketplace channels you currently have in place.

Future purchases meant for resale via 3rd party marketplaces, however, will be

declined for the reasons stated below:

> Progena is reorganizing due to supply chain issues and other market forces
> outside our control. Accordingly, sales to online resellers selling via third-party
> marketplaces, including Amazon, are being halted. Sellers WILL be permitted to
> sell their remaining stock via these marketplaces, pursuant to the attached MAP
> policy.

Online Reseller Accounts designated internally as selling via third party

marketplace(s) have been closed and will no longer receive discounted

pricing. If your account has been closed as a result of this change, yet you

intend to sell product through a brick and mortar store or via your own

website, please re-apply for a reseller account at Meditrend.com.

We apologize for this sudden, unfortunate change of circumstances affecting Online Resellers and we want to thank you for your patronage over the years.

Sincerely,

Se

neca R. Savage Chief Executive Officer



# EXHIBIT B9

**Cancellation Email 5**

 Outlook

---

**FW: new order**

---

**From** Seneca R. Savage <srsavage@meditrend.com>

**Date** Wed 11/16/2022 8:31 PM

**To** mymedimart@gmail.com <mymedimart@gmail.com>

**Cc** orders <orders@meditrend.com>

📎 1 attachment (119 KB)
MEDITREND MAP Policy - rev 11.16.22.pdf;


Hello!

We are in receipt of your order and want to give you the opportunity to proceed or cancel, based on the following.

The notice below is being delivered to all Online Resellers selling Meditrend Brands (Allergena & Progena) via 3rd Party Marketplaces, such as Amazon. Since your order was submitted yesterday, we are willing to fill it, and allow you to resell this and remaining stock via 3rd party marketplace channels you currently have in place. Future purchases, however, will be declined for the reasons stated below:

Progena is reorganizing due to supply chain issues and other market forces outside our control. Accordingly, sales to online resellers selling via third-party marketplaces, including Amazon, are being halted. Sellers WILL be permitted to sell their remaining stock via these marketplaces, pursuant to the attached MAP policy.

Online Reseller Accounts designated internally as selling via third party marketplace(s) have been closed and will no longer receive discounted pricing. If your account has been closed as a result of this change, yet you intend to sell product through a brick and mortar store or via your own website, please re-apply for a reseller account at Meditrend.com.

We apologize for this sudden, unfortunate change of circumstances affecting Online Resellers and we want to thank you for your patronage over the years.


Sincerely,

**Seneca R. Savage**
Chief Executive Officer



**From:** MyMediMart MyMediMart <mymedimart@gmail.com>
**Sent:** Tuesday, November 15, 2022 12:11 PM
**To:** Jessica SL. Crockett <jslcrockett@meditrend.com>; orders <orders@meditrend.com>
**Subject:** new order

Please find attached our new order.

thank you

# EXHIBIT B10

**Cancellation Email 6**

 Outlook

---

**Re: Reselling Allergena & Progena Products**

---

**From** Nathan Terada <nathan@ocshealth.com>

**Date** Tue 12/13/2022 12:25 PM

**To** Seneca R. Savage <srsavage@meditrend.com>

**Cc** Audris Solinski <audris@ocshealth.com>; Richard D. Savage <rdsavage@meditrend.com>

📎 1 attachment (62 KB)

Multiple Sellers vs Exclusive Partner .pdf;

Here is the attached document! I apologize, I realized I failed to attach to the email above.

Thanks!

- Nathan

On Tue, Dec 13, 2022 at 10:58 AM Nathan Terada <nathan@ocshealth.com> wrote:
Hi Seneca,

Thank you for providing this update; this definitely helps.

Yes! We would love to discuss and collaborate with you regarding managing and growing your 3rd party sales.
Although inconvenient, this temporary hurdle would lend to a very smooth transition to an exclusive Amazon Partner - as you would be starting with a clean slate of sellers, allowing us to get to work right away rather than waiting for other sellers to sell through their inventory.

I have attached a high-level summary of the benefits of an Exclusive Partnership over working with multiple amazon resellers.

One of the most impactful is reinvesting Amazon profits into increasing your overall Amazon sales. Since we only make money off of sales, we are highly incentivized to invest in maximizing your sales as quickly as possible. We only win when you win.

I am excited to explore this with you near the end of 2023; that being said, I will reach out near the end of Q1 2023 to touch base.

Thank you for your valuable time and partnership

Have a Happy Holiday!

- Nathan

On Tue, Dec 13, 2022 at 10:27 AM Seneca R. Savage <srsavage@meditrend.com> wrote:

Hello Audris and Nathan,

My apologies for the delay getting back to you.

The FDA recently placed additional restrictions on homeopathic manufacturing.  As a result, our manufacturing timeline has moved back.  Consequently, we may have difficulty meeting our Q1 demand.  This is a short term hurdle.  Nevertheless, we have decided to restructure our relationships with customers reselling via 3rd Party Platforms such as Amazon, Walmart, etc.

We may, however, be open to further discussions with your team regarding a relationship where Oceanside handles our 3rd Party Marketplace sales on our behalf, as you have proposed in the past.  This is not a guarantee, nor is it something we are willing to explore at this point.  I anticipate being able to discuss this further toward the end of 2023.

Is this something you'd like to explore with us later next year?

Best,

**Seneca R. Savage**

Chief Executive Officer

(505) 292-0700 x110 [office]

(505) 292-9356 [fax]



**From:** Audris Solinski <audris@ocshealth.com>
**Sent:** Tuesday, December 13, 2022 11:02 AM
**To:** Seneca R. Savage <srsavage@meditrend.com>; Richard D. Savage

<[rdsavage@meditrend.com](mailto:rdsavage@meditrend.com)>
**Subject:** Fwd: Reselling Allergena & Progena Products

Good morning Richard and Seneca,

Hope you both are doing well!!  I just wanted to follow back up on this email below from Nathan, our Director of Business Development and Operations.  We would love if you would not mind taking just a few moments of your time to speak with us so we can have a better understanding of your plans/direction going forward with regards to third party marketplaces and supply chain issues.  If you could kindly let us know what might be a good day and time for you this week, we would very much appreciate it  :)

Thank you very much in advance, for your time.  Have a great day!



**Audris Solinski | Vendor Relations Manager | Oceanside Health**
2326 N. Batavia St., Suite 120
Orange, CA 92865
Phone: 714-276-5336

Begin forwarded message:

**From:** Nathan Terada <[nathan@ocshealth.com](mailto:nathan@ocshealth.com)>

**Subject: Re: Reselling Allergena & Progena Products**

**Date:** December 5, 2022 at 3:47:08 PM PST

**To:** Audris Solinski <[audris@ocshealth.com](mailto:audris@ocshealth.com)>, [srsavage@meditrend.com](mailto:srsavage@meditrend.com), [rdsavage@meditrend.com](mailto:rdsavage@meditrend.com)

Hi Rick and Seneca,

I appreciate you reaching out with this impactful news.

We have seen supply chain constraints continue to plague our industry and understand the impact they can create.

Our brands have had a longstanding partnership - we would love to hop on a quick call with you to talk about this situation.

Would any of these times work for

Tuesday 12/6: 12:00pm: 2:00pm: 4:

Wednesday 12/7: 2:00pm: 4:00pm

Thursday: 12/8: anytime 9:00 - 4:0(

Thank you for your consideration; we value the partnership we have created and the benefit your customers have gained from your products.

Best,

- Nathan

**From:** "Seneca R. Savage" <srsavage@meditrend.com>

**Subject: Reselling Allergena & Progena Products**

**Date:** November 22, 2022 at 4:17:52 PM PST

**To:** Audris Solinski <audris@ocshealth.com>

Hello Audris,

The notice below is being delivered to all Online Resellers selling Meditrend Brands (Allergena & Progena) via 3rd Party Marketplaces including, but not limited to Amazon.

Progena is reorganizing due to supply chain issues and other market forces outside our control.  Accordingly, sales to online resellers selling via third-party marketplaces, including Amazon, are being halted.  Sellers WILL be permitted to sell their remaining stock via these marketplaces, pursuant to the attached MAP policy.

Online Reseller Accounts designated internally as selling via third party marketplace(s) have been closed and will no longer receive discounted pricing.  If your account has been closed as a result of this change, yet you intend to sell product through a brick and mortar store or via your own website, <u>please re-apply for a reseller account at</u> Meditrend.com.

We apologize for this sudden, unfortunate change of circumstances affecting Online Resellers and we want to thank you for your patronage over the years.

Sincerely,

Seneca R. Savage

Chief Executive Officer

--

–

**Nathan Terada | Director of Business Development and Operations Oceanside Health**
2324 N. Batavia St.

Orange, CA 92865

Phone: 714-745-1508

--
–
**Nathan Terada | Director of Business Development and Operations Oceanside Health**
2324 N. Batavia St.
Orange, CA 92865
Phone: 714-745-1508

--
–
**Nathan Terada | Director of Business Development and Operations Oceanside Health**
2324 N. Batavia St.
Orange, CA 92865
Phone: 714-745-1508

# EXHIBIT B11

**Cancellation Email 7**

 Outlook

## RE: Order

**From** Meditrend - Customer Service <customerservice@meditrend.com>

**Date** Wed 4/5/2023 11:01 AM

**To** Beauty Store USA <theusabeautystore@gmail.com>; Meditrend - Customer Service <customerservice@meditrend.com>

Unfortunately, no.  We are still in the same situation as detailed earlier.

Our sincerest apologies.  We hate to turn away business!

Seneca

---

**From:** Beauty Store USA <theusabeautystore@gmail.com>
**Sent:** Monday, April 3, 2023 10:25 AM
**To:** Meditrend - Customer Service <customerservice@meditrend.com>; Seneca R. Savage <srsavage@meditrend.com>
**Subject:** Re: Order

Good morning Seneca.
Can you accept a 400k order?

On Mon, Mar 27, 2023 at 10:29 AM Beauty Store USA <theusabeautystore@gmail.com> wrote:

> Good morning Seneca.
> Let me start first by telling you how much I appreciate the business we did for so many years. It was a pleasure dealing with your whole staff, what a professional group! And of course the amazing products you offered to us!
> I want to touch on one point that I feel  can make a big difference in your business..
> I understand why you would like to sell your products online yourself.. why not??.. Why should I send the money to someone else when I can make it myself??!
> But there's one very important point that might be missed here..
> And that is.. customers want and need to see competition.. and they do not see and feel that when the company alone offers their products to them.. That's why you see so many brands that are sold and shipped by amazon.com vs the company themselves.. and that's why so many sellers are selling other brands.. It's not just the SELLER that wants to do it, it's the BRANDS that wants to do it, to show customers competition..
> I had companies in the past (I can show examples) that I represented on Amazon and then they started selling themselves and the ranks (BSR) went down significantly,  which indicated a massive decline in sales compared to what they did before..
> At last I have an idea for you.. You can raise the price a little to cover the income of selling it on Amazon..
>
> I would like to ask you to take a minute.. take a deep breath.. and please reconsider us to represent your brand on Amazon..
>
>
> Thank you so much and all the best!!
>
> On Thu, Mar 23, 2023, 9:48 PM Meditrend - Customer Service <customerservice@meditrend.com> wrote:

Hello Moshe,

Our policy has not changed for resellers selling via 3rd party marketplaces.

Please refer to emails sent 11/22/22 and on 12/13/22 with Subject:"RE: Reselling Allergena & Progena Products".  As mentioned, at the end of 2023 we will likely re-assess our decision to restrict customers who resell our products via 3rd party platforms, but for now, our decision holds.

Thank you for understanding.

Seneca
Meditrend, Inc.

-------------------------------------------------------------------------------------------------------------

**From:** Beauty Store USA <theusabeautystore@gmail.com>
**Sent:** Wednesday, March 22, 2023 2:47 PM
**To:** Monica M. Davis <mmdavis@meditrend.com>
**Subject:** Order

Hi Monica!
I would like to order the following

AllZon601oz 180 ct
AllZon902oz 200 ct
AllZon102oz  120
AllCFTx02oz 2500 ct
AllZon202oz 220 ct
AllZon602oz 200 ct

Please send a proforma and I will pay
Than you so much!
Moshe Breuer

**Beauty Store USA Inc.**
491 NY-208
Monroe, NY 10950
1845-537-9518

# EXHIBIT B12

**Cancellation Email 8**

Outlook

---

Re: Reselling Allergena & Progena Products

---

From Beauty Store USA <theusabeautystore@gmail.com>
Date Wed 11/30/2022 3:29 PM

To Seneca R. Savage <srsavage@meditrend.com>

Hi Seneca.

This is Moshe Breuer, owner of

beauty store USA Inc I would like

to TALK to you. How can I reach

you?

All the best!

On Tue, Nov 22, 2022 at 7:12 PM Seneca R. Savage <srsavage@meditrend.com>
wrote:

Hello Mr. Spielman,

The notice below is being delivered to all Online Resellers selling Meditrend
Brands (Allergena & Progena) via 3rd Party Marketplaces, such as Amazon.

Progena is reorganizing due to supply chain issues and other market
forces outside our control. Accordingly, sales to online resellers
selling via third-party marketplaces, including Amazon, are being
halted. Sellers WILL be permitted to sell their remaining stock via
these marketplaces, pursuant to the attached MAP policy.

Online Reseller Accounts designated internally as selling via third party marketplace(s) have been closed and will no longer receive discounted pricing. If your account has been closed as a result of this change, yet you intend to sell product through a brick and mortar store or via your own website, <u>please re-apply for a reseller account at</u> Meditrend.com.

We apologize for this sudden, unfortunate change of circumstances affecting Online Resellers and we want to thank you for your patronage over the years.

Sincerely,
Seneca R. Savage

Chief Executive Officer

MEDITREND

# EXHIBIT B13

**Cancellation Email 9**

**Outlook**

---

**Reselling Allergena & Progena Products**

---

From Seneca R. Savage <srsavage@meditrend.com>
Date Tue 11/22/2022 5:13 PM
To dwilmingtonl @icloud.com <dwilmingtonl @icloud.com>

1 attachment (1 19 KB)
MEDITREND MAP Policy - rev 1 1.1 6.22.pdf;

Hello Mr. Wilmington,

The notice below is being delivered to all Online Resellers selling Meditrend Brands (Allergena & Progena) via 3rd Party Marketplaces including, but not limited to Amazon.

Progena is reorganizing due to supply chain issues and other market forces outside our control. Accordingly, sales to online resellers selling via third-party marketplaces, including Amazon, are being halted. Sellers WILL be permitted to sell their remaining stock via these marketplaces, pursuant to the attached MAP policy.

Online Reseller Accounts designated internally as selling via third party marketplace(s) have been closed and will no longer receive discounted pricing. If your account has been closed as a result of this change, yet you intend to sell product through a brick and mortar store or via your own website, please re-apply for a reseller account at Meditrend.com.

We apologize for this sudden, unfortunate change of circumstances affecting Online Resellers and we want to thank you for your patronage over the years.

Sincerely,

**Seneca R. Savage**

Chief Executive Officer

**MEDITREND**

# EXHIBIT B14

**Cancellation Email 10**

 Outlook

---

## FW: Reselling Allergena & Progena Products

---

**From** Seneca R. Savage <srsavage@meditrend.com>

**Date** Wed 1/11/2023 11:11 AM

**To** Monica M. Davis <mmdavis@meditrend.com>

Hi Monica,

See message from Michael below.  We'll need to discuss a few things as a result, but this shouldn't be a problem if in fact they refrain from selling via 3rd Party Marketplaces!

Seneca

---

**From:** Michael Basilicato <michael@worldwidenutrition.com>
**Sent:** Wednesday, January 11, 2023 10:33 AM
**To:** Seneca R. Savage <srsavage@meditrend.com>
**Subject:** Re: Reselling Allergena & Progena Products

Hello Seneca
I filled out a new application
I will be selling in the store as well as my website Worldwide Nutrition 800 10th Street.  Lake Park, Florida 33403
561-469-7289 www.worldwidenutrition.com



IMAGE NOT FOUND

**Michael Basilicato**
Owner at Worldwide Nutrition

P 561-584-8046   W www.worldwidenutrition.com
E michael@worldwidenutrition.com
A 800 10th Street Lake Park, FL 33403

 

On Dec 13, 2022, at 1:39 PM, Seneca R. Savage <srsavage@meditrend.com> wrote:

Hello Michael,

Thank you for your patience!

The FDA recently placed additional restrictions on homeopathic manufacturing.  As a result, our manufacturing timeline has moved back.  Consequently, we may have difficulty meeting our Q1

demand.  This is a short term hurdle.  Nevertheless, we have decided to restructure our relationships with customers reselling via 3rd Party Platforms such as Amazon, Walmart, etc.

We will likely re-assess this decision at the end of 2023.  If we decide at that point to re-engage customers selling via 3rd Party Marketplaces, we will reach out to you to discuss.  At such a time, we may be interested in discussing how you envision helping our brand in this space.  Thank you for offering!

We appreciate your understanding!

Best,

**Seneca R. Savage**
Chief Executive Officer



<image001.jpg>

---

**From:** Michael Basilicato <michael@worldwidenutrition.com>
**Sent:** Tuesday, November 22, 2022 5:47 PM
**To:** Seneca R. Savage <srsavage@meditrend.com>
**Subject:** Re: Reselling Allergena & Progena Products

Good evening Seneca. I understand and appreciate your new policy. I have reached out several times to the sales team attempting to assist with some Of the issues your brand has experienced.

I've been selling and protecting brands on e-commerce platforms for nearly 12 years. I would love the opportunity to speak to you regarding your next step.

Historically I have helped protect and grow their brands online while you can focus on the core values of distribution and gaining more market share.
Please let me know if you are open to having a conversation

**Michael Basilicato**
Owner at Worldwide Nutrition

**P**  561-584-8046

**W**  www.worldwidenutrition.com

**E**  michael@worldwidenutrition.com

**A**  800 10th Street Lake Park, FL 33403

 

On Nov 22, 2022, at 7:19 PM, Seneca R. Savage <srsavage@meditrend.com> wrote:

Hello Mr. Basilicato,

The notice below is being delivered to all Online Resellers selling Meditrend Brands (Allergena & Progena) via 3rd Party Marketplaces including, but not limited to Amazon.

> Progena is reorganizing due to supply chain issues and other market forces outside our control. Accordingly, sales to online resellers selling via third-party marketplaces, including Amazon, are being halted. Sellers WILL be permitted to sell their remaining stock via these marketplaces, pursuant to the attached MAP policy.
>
> Online Reseller Accounts designated internally as selling via third party marketplace(s) have been closed and will no longer receive discounted pricing. If your account has been closed as a result of this change, yet you intend to sell product through a brick and mortar store or via your own website, please re-apply for a reseller account at Meditrend.com.

We apologize for this sudden, unfortunate change of circumstances affecting Online Resellers and we want to thank you for your patronage over the years.

<div style="text-align:center">

Sincerely,

**Seneca R. Savage**
Chief Executive Officer

**<image001.jpg>**

</div>

<MEDITREND MAP Policy - rev 11.16.22.pdf>

# EXHIBIT B15

**Sprout Sales by store-2024**

Meditrend, Inc.

Parent Company (Consolidated)

## Sales $ by Retail Chain with Items
## January 01, 2024 - December 31, 2024

| Name | Q1 2024 Amount (Net) | Q2 2024 Amount (Net) | Q3 2024 Amount (Net) | Q4 2024 Amount (Net) | Total Amount (Net) |
|---|---|---|---|---|---|
| sprouts | | | | | |
| sprouts : sprou702 | 3,160 | 1,286 | 1,107 | 289 | 5,841 |
| sprouts : sprou036 | 1,350 | 3,045 | 947 | 600 | 5,941 |
| sprouts : sprou704 | 1,545 | 2,590 | 304 | 605 | 5,044 |
| sprouts : sprou706 | 2,538 | 1,519 | 783 | 688 | 5,527 |
| sprouts : sprou044 | 324 | 2,500 | 137 | 147 | 3,108 |
| sprouts : sprou707 | 2,393 | 304 | 555 | 312 | 3,564 |
| sprouts : sprou701 | 1,909 | 2,250 | 805 | 564 | 5,529 |
| sprouts : sprou708 | 1,277 | 2,080 | 1,021 | 823 | 5,201 |
| sprouts : sprou703 | 1,893 | 967 | 1,208 | 491 | 4,559 |
| sprouts : sprou134 | 1,751 | 1,424 | 914 | 759 | 4,848 |
| sprouts : sprou132 | 1,539 | 1,681 | 820 | 732 | 4,771 |
| sprouts : sprou028 | 1,226 | 1,642 | 763 | 815 | 4,445 |
| sprouts : sprou123 | 1,470 | 518 | 681 | 871 | 3,539 |
| sprouts : sprou705 | 1,401 | 1,132 | 883 | 137 | 3,552 |
| sprouts : sprou107 | 1,348 | 1,073 | 445 | 647 | 3,513 |
| sprouts : sprou114 | 1,346 | 1,272 | 210 | 949 | 3,777 |
| sprouts : sprou029 | 241 | 1,277 | | 125 | 1,642 |
| sprouts : sprou142 | 1,246 | 869 | 741 | 591 | 3,447 |
| sprouts : sprou143 | 1,202 | 1,158 | 611 | 384 | 3,356 |
| sprouts : sprou104 | 757 | 1,195 | 485 | 600 | 3,037 |
| sprouts : sprou504 | 890 | 1,176 | | 407 | 2,473 |
| sprouts : sprou140 | 1,143 | 1,143 | 707 | 1,000 | 3,992 |
| sprouts : sprou509 | 514 | 1,133 | 224 | 125 | 1,995 |
| sprouts : sprou117 | 625 | 1,106 | 233 | 402 | 2,366 |
| sprouts : sprou505 | 788 | 1,083 | 503 | 399 | 2,773 |
| sprouts : sprou118 | 1,018 | 1,073 | 240 | 523 | 2,854 |
| sprouts : sprou043 | 469 | 1,011 | 65 | 363 | 1,907 |
| sprouts : sprou558 | 652 | 1,001 | 133 | 149 | 1,934 |
| sprouts : sprou151 | 998 | 938 | 476 | 704 | 3,116 |
| sprouts : sprou148 | 975 | 993 | 74 | 561 | 2,603 |
| sprouts : sprou105 | 533 | 983 | 587 | 529 | 2,632 |
| sprouts : sprou011 | 521 | 970 | 236 | 221 | 1,948 |
| sprouts : sprou158 | 577 | 968 | 693 | 571 | 2,809 |
| sprouts : sprou507 | 497 | 948 | 101 | 200 | 1,745 |
| sprouts : sprou110 | 514 | 906 | 849 | 524 | 2,792 |
| sprouts : sprou113 | 897 | 563 | 601 | 438 | 2,500 |
| sprouts : sprou145 | 895 | 189 | 380 | 247 | 1,712 |
| sprouts : sprou147 | 893 | 777 | 477 | 582 | 2,729 |
| sprouts : sprou801 | 883 | | 79 | 157 | 1,118 |
| sprouts : sprou202 | 167 | 878 | 37 | 37 | 1,118 |
| sprouts : sprou252 | 102 | 875 | | | 977 |
| sprouts : sprou127 | 418 | 874 | 150 | 139 | 1,580 |
| sprouts : sprou125 | 866 | 278 | 421 | 406 | 1,970 |
| sprouts : sprou004 | 211 | 857 | 137 | 350 | 1,556 |
| sprouts : sprou305 | | 851 | 54 | | 905 |
| sprouts : sprou562 | 552 | 846 | | 304 | 1,702 |
| sprouts : sprou112 | 834 | 466 | 138 | 446 | 1,883 |
| sprouts : sprou502 | 437 | 805 | 153 | 230 | 1,626 |
| sprouts : sprou501 | 676 | 776 | 54 | 286 | 1,792 |
| sprouts : sprou506 | 510 | 772 | 188 | 523 | 1,994 |
| sprouts : sprou161 | 772 | 410 | | 277 | 1,458 |
| sprouts : sprou102 | 754 | 717 | 440 | 338 | 2,249 |

| Name | Q1 2024 Amount (Net) | Q2 2024 Amount (Net) | Q3 2024 Amount (Net) | Q4 2024 Amount (Net) | Total Amount (Net) |
|---|---|---|---|---|---|
| sprouts : sprou108 | 546 | 751 | 127 | 392 | 1,815 |
| sprouts : sprou167 | | 0 | 740 | 393 | 1,133 |
| sprouts : sprou042 | 373 | 737 | 595 | 317 | 2,023 |
| sprouts : sprou136 | 725 | 707 | 370 | 389 | 2,191 |
| sprouts : sprou144 | 723 | 707 | 514 | 451 | 2,395 |
| sprouts : sprou805 | 577 | 719 | 111 | 267 | 1,674 |
| sprouts : sprou806 | 397 | 716 | 503 | 237 | 1,852 |
| sprouts : sprou046 | 466 | 709 | 244 | 110 | 1,529 |
| sprouts : sprou510 | 636 | 704 | 299 | 544 | 2,183 |
| sprouts : sprou163 | 704 | 180 | 215 | 113 | 1,211 |
| sprouts : sprou157 | 698 | 584 | 276 | 254 | 1,811 |
| sprouts : sprou101 | 374 | 695 | 135 | 218 | 1,422 |
| sprouts : sprou203 | 692 | | | | 692 |
| sprouts : sprou024 | 163 | 689 | 184 | 355 | 1,390 |
| sprouts : sprou121 | 677 | 587 | 577 | 280 | 2,121 |
| sprouts : sprou580 | 533 | 677 | 576 | 337 | 2,122 |
| sprouts : sprou032 | 672 | 194 | 174 | 164 | 1,204 |
| sprouts : sprou103 | 653 | 554 | 467 | 200 | 1,873 |
| sprouts : sprou012 | 652 | 303 | 155 | 252 | 1,361 |
| sprouts : sprou579 | 216 | 651 | | | 867 |
| sprouts : sprou503 | 392 | 637 | 189 | 45 | 1,262 |
| sprouts : sprou527 | 37 | 637 | 38 | | 712 |
| sprouts : sprou166 | 408 | 630 | 443 | 420 | 1,901 |
| sprouts : sprou106 | 461 | 628 | 338 | 377 | 1,805 |
| sprouts : sprou138 | 609 | 280 | 349 | 622 | 1,859 |
| sprouts : sprou623 | 617 | 75 | | | 692 |
| sprouts : sprou115 | 614 | 289 | 407 | 477 | 1,786 |
| sprouts : sprou710 | | | 0 | 611 | 611 |
| sprouts : sprou023 | 348 | 605 | 74 | 306 | 1,332 |
| sprouts : sprou126 | 181 | 593 | 162 | 381 | 1,317 |
| sprouts : sprou131 | 587 | 305 | 126 | 108 | 1,126 |
| sprouts : sprou803 | 575 | 263 | 323 | 157 | 1,318 |
| sprouts : sprou124 | 571 | 153 | 263 | 562 | 1,549 |
| sprouts : sprou420 | 570 | 101 | | | 671 |
| sprouts : sprou026 | 358 | 569 | 302 | 314 | 1,543 |
| sprouts : sprou208 | 568 | 152 | | | 720 |
| sprouts : sprou168 | | | 507 | 547 | 1,055 |
| sprouts : sprou013 | 540 | 493 | 76 | 152 | 1,261 |
| sprouts : sprou512 | 283 | 539 | 182 | | 1,003 |
| sprouts : sprou230 | 218 | 308 | 63 | 536 | 1,124 |
| sprouts : sprou330 | 77 | 534 | 77 | 62 | 749 |
| sprouts : sprou155 | 451 | 532 | 227 | 414 | 1,624 |
| sprouts : sprou431 | 530 | 80 | 26 | | 637 |
| sprouts : sprou159 | 450 | 528 | 100 | 348 | 1,426 |
| sprouts : sprou559 | 138 | 527 | 168 | 182 | 1,015 |
| sprouts : sprou031 | 329 | 524 | 79 | 185 | 1,117 |
| sprouts : sprou022 | 276 | 523 | 191 | 152 | 1,141 |
| sprouts : sprou225 | 509 | | 53 | | 562 |
| sprouts : sprou301 | 80 | 509 | 315 | | 903 |
| sprouts : sprou439 | 507 | | | | 507 |
| sprouts : sprou162 | 499 | 305 | | 89 | 894 |
| sprouts : sprou169 | | | | 497 | 497 |
| sprouts : sprou802 | 363 | 497 | 81 | 160 | 1,100 |
| sprouts : sprou021 | 189 | 494 | 126 | 163 | 971 |
| sprouts : sprou808 | 201 | 494 | 248 | 162 | 1,104 |
| sprouts : sprou810 | 252 | 458 | 491 | | 1,200 |
| sprouts : sprou254 | 488 | | | | 488 |
| sprouts : sprou709 | 237 | 468 | 175 | 194 | 1,074 |
| sprouts : sprou804 | 289 | 465 | 255 | 242 | 1,251 |
| sprouts : sprou027 | 293 | 453 | 45 | | 791 |
| sprouts : sprou149 | 374 | 453 | 191 | 164 | 1,181 |
| sprouts : sprou614 | 453 | 350 | | 301 | 1,104 |

| Name | Q1 2024 Amount (Net) | Q2 2024 Amount (Net) | Q3 2024 Amount (Net) | Q4 2024 Amount (Net) | Total Amount (Net) |
|---|---|---|---|---|---|
| sprouts : sprout436 | | 65 | | 45 | 513 |
| sprouts : sprout421 | | 447 | | 100 | 729 |
| sprouts : sprout034 | | 205 | | 31 | 1,038 |
| sprouts : sprout650 | | 440 | | | 621 |
| sprouts : sprout447 | | 65 | 77 | | 500 |
| sprouts : sprout002 | | 419 | 435 | | 976 |
| sprouts : sprout019 | | | 431 | 125 | 615 |
| sprouts : sprout005 | | | 425 | 159 | 424 |
| sprouts : sprout006 | | 253 | 424 | 126 | 1,037 |
| sprouts : sprout430 | | | 253 | 233 | 948 |
| sprouts : sprout008 | | 421 | 231 | 200 | 525 |
| sprouts : sprout139 | | 420 | 420 | 221 | 711 |
| sprouts : sprout422 | | 103 | | 77 | 418 |
| sprouts : sprout020 | | 370 | 419 | 193 | 1,226 |
| sprouts : sprout917 | | 389 | | | 539 |
| sprouts : sprout130 | | 409 | 418 | 80 | 615 |
| sprouts : sprout250 | | 411 | 321 | | 697 |
| sprouts : sprout823 | | 138 | 138 | | 794 |
| sprouts : sprout521 | | 197 | 410 | 110 | 1,046 |
| sprouts : sprout812 | | 385 | 409 | | 733 |
| sprouts : sprout018 | | 383 | 371 | 181 | 378 |
| sprouts : sprout039 | | 394 | 385 | 27 | 546 |
| sprouts : sprout415 | | | 116 | 167 | 889 |
| sprouts : sprout259 | | 103 | 378 | 53 | 609 |
| sprouts : sprout304 | | 371 | 372 | 74 | 787 |
| sprouts : sprout033 | | 227 | 338 | 221 | 533 |
| sprouts : sprout014 | | 371 | 371 | 64 | 389 |
| sprouts : sprout242 | | | 173 | 139 | 406 |
| sprouts : sprout430 | | 389 | | 37 | 943 |
| sprouts : sprout463 | | 38 | 388 | | 508 |
| sprouts : sprout153 | | 272 | 366 | 170 | 685 |
| sprouts : sprout440 | | 395 | 26 | 116 | 545 |
| sprouts : sprout010 | | 395 | 242 | 37 | 723 |
| sprouts : sprout829 | | 91 | 362 | 173 | 618 |
| sprouts : sprout807 | | 356 | 331 | 230 | 508 |
| sprouts : sprout602 | | 355 | 79 | 110 | 582 |
| sprouts : sprout853 | | 203 | 355 | 53 | 556 |
| sprouts : sprout047 | | 147 | 355 | 63 | 549 |
| sprouts : sprout951 | | 90 | 355 | | 755 |
| sprouts : sprout481 | | 140 | 350 | | 431 |
| sprouts : sprout248 | | 346 | 101 | 63 | 871 |
| sprouts : sprout541 | | 165 | 346 | 65 | 457 |
| sprouts : sprout150 | | | 342 | 108 | 391 |
| sprouts : sprout543 | | 228 | 344 | 65 | 743 |
| sprouts : sprout523 | | 341 | 89 | 89 | 461 |
| sprouts : sprout296 | | 341 | 252 | 147 | 839 |
| sprouts : sprout281 | | 340 | 117 | | 623 |
| sprouts : sprout120 | | 335 | 232 | 26 | 751 |
| sprouts : sprout260 | | 332 | 331 | 63 | 386 |
| sprouts : sprout582 | | 131 | 299 | 116 | 320 |
| sprouts : sprout581 | | 329 | 328 | 143 | 504 |
| sprouts : sprout001 | | 126 | 326 | 148 | 418 |
| sprouts : sprout323 | | 321 | | 149 | 674 |
| sprouts : sprout525 | | | 320 | | 1,056 |
| sprouts : sprout604 | | 81 | 318 | 38 | 315 |
| sprouts : sprout255 | | | 318 | 37 | 908 |
| sprouts : sprout160 | | 315 | 304 | | 604 |
| sprouts : sprout409 | | 293 | 315 | 230 | 496 |
| sprouts : sprout832 | | 315 | | | |
| sprouts : sprout089 | | 307 | 298 | 181 | |
| sprouts : sprout256 | | 312 | 309 | 37 | |
| sprouts : sprout828 | | 92 | | 63 | |

| Name | Q1 2024 Amount (Net) | Q2 2024 Amount (Net) | Q3 2024 Amount (Net) | Q4 2024 Amount (Net) | Total Amount (Net) |
|---|---|---|---|---|---|
| sprouts:sprou482 | 53 | 306 | 27 | | 366 |
| sprouts:sprou824 | | 37 | 74 | | 416 |
| sprouts:sprou313 | 294 | 299 | 80 | 160 | 539 |
| sprouts:sprou538 | | 293 | | | 294 |
| sprouts:sprou216 | | 293 | | | 293 |
| sprouts:sprou307 | 0 | 269 | 147 | 290 | 440 |
| sprouts:sprou469 | 77 | 289 | 27 | 62 | 566 |
| sprouts:sprou450 | 287 | 289 | | 31 | 428 |
| sprouts:sprou435 | | 285 | | | 318 |
| sprouts:sprou406 | 284 | | | | 285 |
| sprouts:sprou284 | 283 | 279 | 137 | 127 | 365 |
| sprouts:sprou146 | 283 | 26 | 26 | 76 | 827 |
| sprouts:sprou210 | 281 | 69 | 101 | 100 | 411 |
| sprouts:sprou628 | | 280 | 265 | 256 | 571 |
| sprouts:sprou051 | 230 | 279 | 128 | | 801 |
| sprouts:sprou037 | 38 | 279 | 27 | 279 | 636 |
| sprouts:sprou267 | | 279 | 0 | | 344 |
| sprouts:sprou857 | 278 | 53 | 275 | | 279 |
| sprouts:sprou827 | 155 | 38 | | | 331 |
| sprouts:sprou524 | 272 | 64 | 117 | 54 | 468 |
| sprouts:sprou565 | 271 | 233 | 27 | 77 | 335 |
| sprouts:sprou443 | 124 | 270 | 263 | | 674 |
| sprouts:sprou511 | 107 | 154 | 96 | 89 | 499 |
| sprouts:sprou009 | 259 | 80 | 37 | 216 | 524 |
| sprouts:sprou414 | 176 | 239 | 63 | 258 | 524 |
| sprouts:sprou515 | 91 | 259 | | | 687 |
| sprouts:sprou005 | 65 | 235 | | | 439 |
| sprouts:sprou635 | | 233 | | | 320 |
| sprouts:sprou468 | 182 | 38 | 74 | 254 | 365 |
| sprouts:sprou537 | 101 | 253 | 217 | 63 | 715 |
| sprouts:sprou332 | 67 | 245 | | 65 | 431 |
| sprouts:sprou601 | 90 | 244 | 117 | | 428 |
| sprouts:sprou508 | | 243 | | | 333 |
| sprouts:sprou625 | | 240 | | 46 | 286 |
| sprouts:sprou226 | 239 | 101 | 65 | | 404 |
| sprouts:sprou257 | 82 | | 165 | | 485 |
| sprouts:sprou414 | 153 | | 65 | 46 | 500 |
| sprouts:sprou515 | 77 | | 128 | | 436 |
| sprouts:sprou005 | 233 | | | | 233 |
| sprouts:sprou006 | 232 | | | | 232 |
| sprouts:sprou276 | 21 | 145 | 154 | 229 | 365 |
| sprouts:sprou007 | 226 | 158 | 220 | 37 | 538 |
| sprouts:sprou274 | 179 | 126 | 77 | | 582 |
| sprouts:sprou518 | | 219 | | 90 | 286 |
| sprouts:sprou233 | | 218 | | | 308 |
| sprouts:sprou045 | | 218 | | | 297 |
| sprouts:sprou214 | 218 | 60 | | 163 | 594 |
| sprouts:sprou285 | 213 | 218 | 37 | | 318 |
| sprouts:sprou519 | 64 | 218 | | 147 | 443 |
| sprouts:sprou513 | 214 | 217 | 132 | 45 | 409 |
| sprouts:sprou722 | 213 | 74 | | | 474 |
| sprouts:sprou238 | 212 | 102 | 38 | 26 | 213 |
| sprouts:sprou261 | 26 | 126 | 212 | 37 | 379 |
| sprouts:sprou520 | 209 | 179 | 91 | 26 | 401 |
| sprouts:sprou245 | 154 | 206 | 107 | 64 | 506 |
| sprouts:sprou429 | 77 | 206 | | 176 | 530 |
| sprouts:sprou916 | 115 | 206 | 27 | 95 | 459 |
| sprouts:sprou918 | 130 | 206 | 74 | | 443 |
| sprouts:sprou336 | 116 | 80 | 64 | 69 | 409 |
| sprouts:sprou526 | 103 | 203 | 64 | 205 | 474 |
| sprouts:sprou234 | | 200 | | | 451 |
| sprouts:sprou174 | 172 | | 26 | | 203 |
| sprouts:sprou308 | | | | | 398 |

| Name | Q1 2024 Amount (Net) | Q2 2024 Amount (Net) | Q3 2024 Amount (Net) | Q4 2024 Amount (Net) | Total Amount (Net) |
|---|---|---|---|---|---|
| sprouts : sprou540 | | 198 | | | 290 |
| sprouts : sprou251 | | 197 | 92 | | 488 |
| sprouts : sprou239 | | 196 | 153 | | 330 |
| sprouts : sprou258 | | 194 | | 81 | 335 |
| sprouts : sprou204 | | 194 | | 134 | 438 |
| sprouts : sprou335 | | 155 | | 77 | 348 |
| sprouts : sprou336 | | 64 | | 90 | 320 |
| sprouts : sprou466 | | | 194 | 101 | 309 |
| sprouts : sprou540 | | | 193 | 101 | 311 |
| sprouts : sprou321 | | 191 | 192 | | 253 |
| sprouts : sprou605 | | 117 | | 27 | 291 |
| sprouts : sprou615 | | | | 92 | 497 |
| sprouts : sprou235 | | 101 | 190 | 63 | 441 |
| sprouts : sprou504 | | 155 | 190 | | 406 |
| sprouts : sprou316 | | 188 | 143 | 89 | 318 |
| sprouts : sprou613 | | 77 | 89 | 189 | 431 |
| sprouts : sprou243 | | 155 | 185 | 37 | 338 |
| sprouts : sprou280 | | | 185 | 26 | 336 |
| sprouts : sprou646 | | 176 | 183 | | 405 |
| sprouts : sprou119 | | 178 | 65 | 180 | 285 |
| sprouts : sprou630 | | 90 | 79 | 128 | 498 |
| sprouts : sprou681 | | 29 | 180 | 26 | 396 |
| sprouts : sprou302 | | 92 | 116 | 179 | 330 |
| sprouts : sprou658 | | 155 | 143 | 65 | 355 |
| sprouts : sprou223 | | 185 | 118 | 37 | 250 |
| sprouts : sprou213 | | 189 | 176 | 116 | 178 |
| sprouts : sprou229 | | 101 | 176 | 74 | 223 |
| sprouts : sprou271 | | 170 | 53 | | 169 |
| sprouts : sprou542 | | 189 | 175 | | 296 |
| sprouts : sprou644 | | 180 | | 26 | 258 |
| sprouts : sprou240 | | 65 | 26 | | 183 |
| sprouts : sprou270 | | 37 | 83 | | 220 |
| sprouts : sprou723 | | 77 | 187 | | 242 |
| sprouts : sprou222 | | 65 | 91 | 112 | 514 |
| sprouts : sprou038 | | 166 | 91 | | 257 |
| sprouts : sprou288 | | | 110 | | 275 |
| sprouts : sprou404 | | 77 | 185 | 63 | 282 |
| sprouts : sprou454 | | 65 | 164 | | 242 |
| sprouts : sprou945 | | 37 | 164 | 31 | 201 |
| sprouts : sprou041 | | | 155 | 164 | 195 |
| sprouts : sprou633 | | 160 | 155 | | 491 |
| sprouts : sprou634 | | 153 | | 108 | 180 |
| sprouts : sprou057 | | 65 | 100 | | 475 |
| sprouts : sprou650 | | | | 26 | 247 |
| sprouts : sprou218 | | 38 | 156 | | 153 |
| sprouts : sprou407 | | 155 | | 94 | 195 |
| sprouts : sprou217 | | 155 | 155 | | 288 |
| sprouts : sprou328 | | 134 | 155 | | 290 |
| sprouts : sprou467 | | 38 | 155 | | 280 |
| sprouts : sprou322 | | | 154 | 154 | 284 |
| sprouts : sprou173 | | 154 | 89 | 74 | 288 |
| sprouts : sprou322 | | 153 | 53 | | 154 |
| sprouts : sprou385 | | 153 | 101 | | 317 |
| sprouts : sprou220 | | | 131 | | 243 |
| sprouts : sprou241 | | | 134 | 107 | 206 |
| sprouts : sprou432 | | 152 | | 26 | 205 |
| sprouts : sprou437 | | 151 | | | 281 |
| sprouts : sprou209 | | | 151 | 37 | 284 |
| sprouts : sprou427 | | 107 | | | 392 |
| sprouts : sprou244 | | 150 | 150 | | 151 |
| sprouts : sprou461 | | | 113 | | 294 |
| sprouts : sprou441 | | | | | 204 |

| Name | Q1 2024 Amount (Net) | Q2 2024 Amount (Net) | Q3 2024 Amount (Net) | Q4 2024 Amount (Net) | Total Amount (Net) |
|---|---|---|---|---|---|
| sprouts:sprou171 | | 101 | 89 | 139 | 478 |
| sprouts:sprou035 | | 75 | 137 | 149 | 398 |
| sprouts:sprou306 | | 65 | 149 | 53 | 287 |
| sprouts:sprou253 | | 145 | 89 | 77 | 401 |
| sprouts:sprou221 | | 38 | 91 | 145 | 329 |
| sprouts:sprou433 | | 143 | 77 | 55 | 221 |
| sprouts:sprou278 | | 143 | 53 | 47 | 335 |
| sprouts:sprou286 | | 53 | | 63 | 206 |
| sprouts:sprou273 | | 142 | 142 | 102 | 381 |
| sprouts:sprou405 | | 143 | | 83 | 297 |
| sprouts:sprou516 | | 101 | 142 | 103 | 286 |
| sprouts:sprou639 | | 90 | 142 | 54 | 318 |
| sprouts:sprou289 | | 65 | 80 | 142 | 231 |
| sprouts:sprou403 | | 65 | 91 | 31 | 161 |
| sprouts:sprou329 | | 22 | 140 | | 248 |
| sprouts:sprou417 | | 140 | | 55 | 240 |
| sprouts:sprou401 | | 103 | 75 | 53 | 287 |
| sprouts:sprou578 | | 53 | 138 | 26 | 270 |
| sprouts:sprou237 | | 134 | 137 | 139 | 245 |
| sprouts:sprou224 | | 133 | 37 | 26 | 281 |
| sprouts:sprou049 | | | | | 262 |
| sprouts:sprou410 | | 53 | 131 | 131 | 312 |
| sprouts:sprou228 | | 130 | 92 | 53 | 161 |
| sprouts:sprou249 | | 130 | | 31 | 353 |
| sprouts:sprou618 | | 130 | | 107 | 129 |
| sprouts:sprou282 | | 129 | 53 | 64 | 245 |
| sprouts:sprou309 | | 129 | | | 125 |
| sprouts:sprou285 | | | 90 | 38 | 272 |
| sprouts:sprou611 | | 129 | 129 | | 128 |
| sprouts:sprou315 | | | 117 | 119 | 281 |
| sprouts:sprou272 | | 128 | 128 | 63 | 218 |
| sprouts:sprou652 | | 128 | 27 | | 252 |
| sprouts:sprou457 | | 128 | 90 | | 160 |
| sprouts:sprou544 | | 128 | 37 | 53 | 194 |
| sprouts:sprou612 | | | 128 | | 192 |
| sprouts:sprou696 | | 65 | | | 191 |
| sprouts:sprou408 | | 127 | 127 | | 293 |
| sprouts:sprou418 | | 124 | 65 | 54 | 188 |
| sprouts:sprou419 | | 124 | 116 | 65 | 330 |
| sprouts:sprou667 | | | 65 | | 119 |
| sprouts:sprou279 | | 121 | 119 | | 273 |
| sprouts:sprou438 | | | 116 | 38 | 119 |
| sprouts:sprou275 | | 119 | 90 | | 182 |
| sprouts:sprou411 | | 119 | 119 | | 119 |
| sprouts:sprou434 | | | 116 | 63 | 235 |
| sprouts:sprou651 | | 118 | 75 | 119 | 118 |
| sprouts:sprou017 | | 63 | 118 | 63 | 295 |
| sprouts:sprou256 | | 92 | 117 | 113 | 397 |
| sprouts:sprou619 | | | 117 | 74 | 242 |
| sprouts:sprou423 | | 117 | 28 | 117 | 223 |
| sprouts:sprou176 | | 37 | 116 | 28 | 191 |
| sprouts:sprou412 | | | 37 | 38 | 153 |
| sprouts:sprou821 | | 115 | 89 | 116 | 204 |
| sprouts:sprou207 | | 27 | 89 | | 230 |
| sprouts:sprou626 | | 105 | 90 | | 217 |
| sprouts:sprou319 | | 38 | 112 | 113 | 176 |
| sprouts:sprou473 | | 38 | 53 | 53 | 255 |
| sprouts:sprou947 | | | 53 | 63 | 246 |
| sprouts:sprou314 | | | 112 | 92 | 200 |
| sprouts:sprou016 | | | 65 | 107 | 172 |
| sprouts:sprou595 | | | 0 | 0 | 107 |
| sprouts:sprou334 | | 38 | 100 | 107 | 276 |

| Name | Q1 2024 Amount (Net) | Q2 2024 Amount (Net) | Q3 2024 Amount (Net) | Q4 2024 Amount (Net) | Total Amount (Net) |
|---|---|---|---|---|---|
| sprouts : sprou653 | | 103 | | | 106 |
| sprouts : sprou649 | | 102 | | | 140 |
| sprouts : sprou247 | | 102 | | | 102 |
| sprouts : sprou040 | | | | 37 | 237 |
| sprouts : sprou231 | | | | | 166 |
| sprouts : sprou312 | | 101 | 65 | 101 | 254 |
| sprouts : sprou317 | | 101 | 26 | 100 | 274 |
| sprouts : sprou721 | | | 100 | 56 | 100 |
| sprouts : sprou920 | | | | 91 | 161 |
| sprouts : sprou426 | | 63 | | 98 | 160 |
| sprouts : sprou227 | | 95 | | 65 | 225 |
| sprouts : sprou622 | | 80 | 53 | | 203 |
| sprouts : sprou232 | | 74 | 92 | 92 | 92 |
| sprouts : sprou303 | | | 92 | | 155 |
| sprouts : sprou24 | | | 90 | 45 | 91 |
| sprouts : sprou459 | | 92 | | | 257 |
| sprouts : sprou246 | | | | 63 | 90 |
| sprouts : sprou304 | | 77 | 90 | 91 | 89 |
| sprouts : sprou1320 | | | | 63 | 218 |
| sprouts : sprou456 | | 89 | 63 | 65 | 282 |
| sprouts : sprou586 | | | | 90 | 170 |
| sprouts : sprou42 | | 38 | 65 | 63 | 89 |
| sprouts : sprou416 | | 81 | 53 | 37 | 79 |
| sprouts : sprou51 | | 77 | 79 | | 103 |
| sprouts : sprou283 | | | 90 | | 191 |
| sprouts : sprou310 | | 75 | 37 | 75 | 151 |
| sprouts : sprou277 | | | 65 | 37 | 145 |
| sprouts : sprou603 | | 37 | 77 | 63 | 128 |
| sprouts : sprou327 | | 77 | 77 | 77 | 65 |
| sprouts : sprou150 | | 30 | | | 109 |
| sprouts : sprou413 | | | 74 | 54 | 65 |
| sprouts : sprou645 | | | | | 200 |
| sprouts : sprou654 | | 65 | 53 | 63 | 92 |
| sprouts : sprou656 | | 65 | 65 | 37 | 75 |
| sprouts : sprou650 | | | | | 101 |
| sprouts : sprou215 | | 64 | 64 | 64 | 45 |
| sprouts : sprou333 | | | | | 108 |
| sprouts : sprou446 | | 64 | | | 64 |
| sprouts : sprou616 | | | | | 64 |
| sprouts : sprou919 | | | | | 64 |
| sprouts : sprou691 | | 57 | 63 | 63 | 120 |
| sprouts : sprou807 | | | 64 | | 63 |
| sprouts : sprou338 | | 42 | | | 95 |
| sprouts : sprou451 | | | | | 54 |
| sprouts : sprou490 | | 38 | 53 | 26 | 53 |
| sprouts : sprou643 | | 38 | | 74 | 128 |
| sprouts : sprou503 | | | 37 | 26 | 38 |
| sprouts : sprou463 | | 26 | | | 63 |
| sprouts : sprou817 | | | | 25 | 27 |
| sprouts : sprou650 | | | | 27 | 26 |
| Total : sprouts | 112,839 | 124,016 | 60,532 | 61,928 | 359,814 |
| Total | 112,839 | 124,016 | 60,532 | 61,928 | 359,814 |