UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, *et al.*,<br><br>Defendants | Case No. 1:24-cv-02989-CRC |

### [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants' Motion to Dismiss, the Plaintiffs' Opposition thereto, both parties' exhibits, and the Plaintiffs' Complaint, it is hereby:

**ORDERED** that Defendants' Motion to Dismiss is **DENIED**; and

**ORDERED** that Defendants shall file an Answer to Plaintiffs' Complaint within fourteen days from the entry of this Order in accordance with Federal Rule of Civil Procedure Rule 12(a)(4)(A).

The Clerk shall enter this order forthwith.

**SO ORDERED**

DATED: _____

_____
Honorable Christopher R. Cooper
United States District Court Judge

**COPIES TO:**

**Jonathan W. Emord** (D.C. Bar # 407414)
EMORD & ASSOCIATES, P.C.
11808 Wolf Run Lane
Clifton, VA 20124
jemord@emord.com

**James W. Harlow**
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386

**Elizabeth Bonomo**
Assistant Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Ave.
White Oak 31
Silver Spring, MD 20993-0002