## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, the foregoing **MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

James W. Harlow (james.w.harlow@usdoj.gov)
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 286
Washington, D.C. 20044-0386

Elizabeth Bonomo (elizabeth.bonomo@fda.hhs.gov)
Assistant Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Ave.
White Oak 31
Silver Spring, MD 20993-0002

/s/ Jonathan W. Emord
Jonathan W. Emord