UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>United States of America, *et al.*,<br><br>                    Defendants. | Case No. 1:24-cv-02989-CRC |

**Notice of Substitution of Counsel**

Defendants request that the Clerk of the Court enter the appearance of David H. Hixson on their behalf, and withdraw the appearance of Scott P. Kennedy as their counsel of record in the above-captioned matter.

May 7, 2025

Respectfully submitted,

/s/ *David H. Hixson*
DAVID H. HIXSON
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 449-8070
(202) 514-8742 (fax)
david.h.hixson@usdoj.gov