

# **CERTIFICATE**

Pursuant to the provisions of Rule 27 of the Federal Rules of Criminal Procedure and Rule 44 of the Federal Rules of Civil Procedure, I hereby certify that Parsa Abtahian, Consumer Safety Officer, Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration, whose Declaration is attached, has custody of the records relating to human drugs on file with the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provisions of Title 42, United States Code, Section 3505, and FDA Staff Manual Guide 1410.23, hereto set my hand and caused the seal of the Department of Health and Human Services to be affixed this 11th day of September, 2025.



*Howard R. Philips*

Howard R. Philips
Director
Division of Information Disclosure Policy
Center for Drug Evaluation and Research

By Direction of the Secretary of
Health and Human Services

**U.S. Food and Drug Administration** 10903 New Hampshire Avenue Silver Spring, MD 20993
www.fda.gov

## DECLARATION OF PARSA ABTAHIAN

Parsa Abtahian declares as follows.

1. I am a Consumer Safety Officer in the Division of Information Disclosure Policy, Office of Regulatory Policy, Center for Drug Evaluation and Research, United States Food and Drug Administration ("FDA").

2. In this capacity, I have custody of certain records relating to human drugs on file with FDA.

3. Attached is a copy of the Administrative Record for *All. For Natural Health v. Food & Drug Admin.*, Case No. 24-cv-02989 (D.D.C.).

4. Each of the documents referred to in paragraph 3 is part of the official records of FDA.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: September 11, 2025

Parsa Abtahian -S
Digitally signed by Parsa Abtahian -S
Date: 2025.09.11 09:28:55 -04'00'

Parsa Abtahian

| **Index of Administrative Record** |
| *All. for Natural Health v. Food & Drug Admin.*, No. 24-cv-02989 (D.D.C.) |

| Item No. | Description | Date | Bates Number |
|---|---|---|---|
| **Citizen Petition** |
| 1.1 | Citizen Petition of Americans for Homeopathy Choice Foundation, Docket No. FDA-2020-P-1510 | 6/5/2020 | FDA-000001-000039 |
| 1.2 | Acknowledgment Letter from FDA to Americans for Homeopathy Choice Foundation | 6/8/2020 | FDA-000040 |
| *Appendices* | | | |
| 2.1 | Appendix #1: "Operation Plan for Adding Drugs to HPUS" | | FDA-000041-000044 |
| 2.2 | Appendix #2: 80 Fed. Reg. 16327, Homeopathic Product Regulation: Evaluating the Food and Drug Administration's Regulatory Framework After a Quarter-Century: Public Hearing | | FDA-000045-000048 |
| 2.3 | Appendix #3: "A Proposal by Americans for Homeopathy Choice (AFHC): for the Application of FDA Risk-Benefit Policy to Homeopathic Drugs and Drug Products Labeled as Homeopathic" | | FDA-000049-000057 |
| 2.4 | Appendix #4: "Supplements to the Homeopathic Pharmacopeia of the United States" | | FDA-000058-000061 |
| 2.5 | Appendix #5: "Limitations of FAERS Database" | | FDA-000062-000065 |
| 2.6 | Appendix #6: Saine A, *Epidemic Infectious Diseases, Public Health and Homeopathy* | | FDA-000066-000074 |
| 2.7 | Appendix #7: 48 Fed. Reg. 64, 14004 (April 1, 1983) | | FDA-000075-000079 |
| 2.8 | Appendix #8: "Homeopathic Monographs Added to the Homeopathic Pharmacopoeia Since 2000" | | FDA-000080-000083 |
| 2.9 | Appendix #9: 21 CFR pt. 330.1, Over-the-Counter Drug Review | | FDA-000084-000086 |
| 2.10 | Appendix #10: 37 Fed. Reg. 92, 9466 (May 11, 1972), Over-the-Counter Drug Review | | FDA-000087-000089 |
| 2.11 | Appendix #11: 69 Fed. Reg. 227, 68834 (Nov. 26, 2004) | | FDA-000090-000091 |

| 2.12 | Appendix #12: 37 Fed. Reg. 156, 16174 (Aug 11, 1972), FDA's Statements of General Policy or Interpretation | | FDA-000092-000094 |
|---|---|---|---|
| 2.13 | Appendix #13: Americans for Homeopathy Choice, Dushkin RW & Whitmont RD, *The Safety of Homeopathy* | | FDA-000095-000100 |
| | *References* | | |
| 3.1 | Iris R. Bell & M. Koithan, *A Model for Homeopathic Remedy Effects: Low Dose Nanoparticles, Allostatic Crossadaptation, and Time-Dependent Sensitization in a Complex Adaptive System*, 12 BMC Complementary & Alt. Med. 191 (2012) | | FDA-000101-000121 |
| 3.2 | A.A. Ramseyer, trans., *Paracelsus and His Medical Doctrines*, in Rademacher's Universal and Organ Remedies (Erfahrungsheillehre) 3–7 (Boericke & Tafel 1909) (Phila., Pa.) | | FDA-000122-000244 |
| 3.3 | Abraham Flexner, *Medical Education in the United States and Canada: A Report to the Carnegie Foundation for the Advancement of Teaching*, Bull. No. 4, at 346 (Carnegie Found. for the Advancement of Teaching 1910) | | FDA-000245-000253 |
| 3.4 | Julian Winston, *The Faces of Homeopathy: An Illustrated History of the First 200 Years* 219-28 (Great Auk Publ'g 1999) | | FDA-000254-000263 |
| 3.5 | F. Aimone, *The 1918 Influenza Epidemic in New York City: A Review of the Public Health Response*, 125 Pub. Health Rep. (Supp. 3) 71 (2010) | | FDA-000264-000272 |
| 3.6 | Iris R. Bell & G.E. Schwartz, *Adaptive Network Nanomedicine: An Integrated Model for Homeopathic Medicine*, 5 Frontiers in Biosci. (Scholar Ed.) 685 (2013) | | FDA-000273-000296 |
| 3.7 | Ajoy Kumar Ghosh, *A Short History of the Development of Homeopathy in India*, 99 Homeopathy 130 (2010) | | FDA-000297-000304 |
| 3.8 | C.K. Ong et al., *WHO Global Atlas of Traditional, Complementary and Alternative Medicine* (Map Volume) (World Health Org., Kobe, Japan 2005) | | FDA-000305-000536 |
| 3.9 | M.L. Dossett et al., *Homeopathy Use by US Adults: Results of a National Survey*, 106 Am. J. Pub. Health 743 (2016) | | FDA-000537-000539 |

| | | | |
|---|---|---|---|
| 3.10 | Homeopathy Research Institute, *Homeopathy Research Evidence Base*, https://homeopathyusa.org/uploads/Homeopathy-Research-Evidence-Base-12-13-2019.pdf | | FDA-000540-000762 |
| 3.11 | Homeopathy Research Institute, https://www.hri-research.org | | FDA-000763-000764 |
| 3.12 | G. Boericke, *A Compend of the Principles of Homoeopathy for Students in Medicine* (World Homeopathic Links, New Delhi, India, 1980) | | FDA-000765-000944 |
| 3.13 | Homeopathic Pharmacopeia of the U.S., *What Is the HPUS?*, http://www.hpus.com/what-is-the-hpus.php | | FDA-000945-000947 |
| 3.14 | Sci. Museum, Thalidomide – Controversies, http://broughttolife.sciencemuseum.org.uk/broughttolife/themes/controversies/thalidomide | | FDA-000948-000958 |
| 3.15 | U.S. Food & Drug Admin., Compliance Policy Guide § 440.100: Marketed New Drugs Without Approved NDAs or ANDAs | | FDA-000959-000973 |
| 3.16 | Drug Efficacy Study Implementation, Wikipedia, https://en.wikipedia.org/wiki/Drug_Efficacy_Study_Implementation | | FDA-000974-000975 |
| 3.17 | U.S. Food & Drug Admin., Unapproved Drugs, https://www.fda.gov/drugs/enforcement-activities-fda/unapproved-drugs [*archived version*] | | FDA-000976-000977 |
| 3.18 | Consumer Healthcare Prods. Ass'n, OTC Review FAQs, https://www.chpa.org/FAQsOTCReview.aspx [*archived version*] | | FDA-000978-000983 |
| 3.19 | Todd Garvey, Cong. Rsch. Serv., *A Brief Overview of Rulemaking and Judicial Review* (Mar. 27, 2017) | | FDA-000984-001003 |
| 3.20 | U.S. Food & Drug Admin., Compliance Policy Guide § 400.400: *Conditions Under Which Homeopathic Drugs May Be Marketed* | | FDA-001004-001009 |
| **Docket** | | | |
| *Comments* | | | |
| 4 | Comments to Citizen Petition of Americans for Homeopathy Choice Foundation, Docket No. FDA-2020-P-1510 | | FDA-001010-007198 |

3

| | | **Citizen Petition Response** | | |
|---|---|---|---|---|
| | 5.1 | Interim FDA Response to Citizen Petition of Americans for Homeopathy Choice Foundation, Docket No. FDA-2020-P-1510 | 12/14/2020 | FDA-007199-007200 |
| | 5.2 | Final FDA Response to Citizen Petition of Americans for Homeopathy Choice Foundation, Docket No. FDA-2020-P-1510 | 12/6/2022 | FDA-007201-007220 |
| | | *References* | | |
| | 6.1 | Memorandum by FDA's Center for Drug Evaluation and Research: Examples of Safety Issues Associated with Homeopathic Products | 10/22/2019 | FDA-007221-007231 |
| | | *References to Memorandum* | | |
| | 6.2 | World Health Org., *Safety Issues in the Preparation of Homeopathic Medicines* 5, available at https://www.who.int/medicines/areas/traditional/Homeopathy.pdf | | FDA-007232-007294 |
| | 6.3 | M.L. Dossett et al., *Homeopathy Use by US Adults: Results of a National Survey*, 106 Am. J. Pub. Health 743 (2016) | | FDA-000537-000539 |
| | 6.4 | OTC Claims Documents | | FDA-007295-007308 |
| | 6.5 | Warning Letter to Mark S. Phillips, President, Standard Homeopathic Company, Apr. 29, 2011, available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/guna-inc-542995-01112018 | | FDA-007309-007312 |
| | 6.6 | Press release, "FDA warnings consumers about the potential health risks of over-the-counter asthma products labeled as homeopathic," available at https://www.fda.gov/drugs/drug-safety-and-availability/fda-warns-consumers-about-potential-health-risks-over-counter-asthma-products-labeled-homeopathic | | FDA-007313-007314 |
| | 6.7 | Patanavanich, S, et al. OSE Review: All Adverse Events for Teething Products. RCM# 2016-2205. Nov. 18, 2016. and Patanavanich, S. et al. Addendum to OSE review of adverse events with homeopathic teething products (RCM 2016-2205). RCM 2016-2205-1. Mar. 14, 2017 | | FDA-007315-007393 |

| 6.8 | FDA Adverse Event Reporting Systems (FAERS), Teething tablet AERS, Parts 1-3. Available at: https://www.fda.gov/media/123552/download (Part 1), https://www.fda.gov/media/123555/download (Part 2); https://www.fda.gov/media/103701/download (Part 3) | | FDA-007394-008768 |
|---|---|---|---|
| 6.9 | Memorandum, "Clinical Pharmacology Response to 'Request for Consultation' regarding Belladonna in homeopathic teething tablets," Nov. 16, 2016 | | FDA-008769-008772 |
| 6.10 | Press release: "FDA warns against the use of homeopathic teething tablets and gels," Sept. 30, 2016, available at: https://www.fda.gov/news-events/press-announcements/fda-warns-against-use-homeopathic-teething-tablets-and-gels [*archived version*] | | FDA-008773-008774 |
| 6.11 | "Laboratory Analysis of Homeopathic Teething Tablets," available at: https://wayback.archive-it.org/7993/20170406152217/https://www.fda.gov/Drugs/DrugSafety/InformationbyDrugClass/ucm538669.htm [*archived version*] | | FDA-008775-008780 |
| 6.12 | Press release: "FDA confirms elevated levels of belladonna in certain homeopathic teething products," Jan. 27, 2017, available at: https://www.fda.gov/news-events/press-announcements/fda-confirms-elevated-levels-belladonna-certain-homeopathic-teething-products [*archived version*] | | FDA-008781-008783 |
| 6.13 | FDA Requested Recall, Letter to Jay Borneman, Chief Executive Officer of Standard Homeopathic Company, Apr. 7, 2017, available at: https://www.fda.gov/media/104395/download | | FDA-008784-008785 |
| 6.14 | Press release: "FDA announces Standard Homeopathic Company's nationwide voluntary recall of Hyland's teething tablets," Apr. 13, 2017, available at: https://www.fda.gov/drugs/drug-safety-and-availability/fda-announces-standard- | | FDA-008786-008787 |

5

|      |                                                                                                                                                                                                                                                                                                                                                                                  |      |                     |
|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|---------------------|
|      | homeopathic-companys-nationwide-voluntary-recall-hylands-teething-tablets                                                                                                                                                                                                                                                                                                        |      |                     |
| 6.15 | Press release: "FDA Issues Consumer Safety Alert Hyland's Teething Tablets may pose a risk to children," October 23, 2010, available at: https://web.archive.org/web/20160918070207/http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm230761.htm [*archived version*]                                                                                                  |      | FDA-008788-008790   |
| 6.16 | Warning Letter to Mark S. Phillips, President, Standard Homeopathic Company, Apr. 29, 2011, available at: https://wayback.archive-it.org/7993/20170112193655/http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2011/ucm255074.htm [*archived version*]                                                                                                                   |      | FDA-008791-008798   |
| 6.17 | Press release, "Raritan Pharmaceuticals Inc. Issues a Voluntary Nationwide Recall of Products Containing Belladonna Extract Due to the Possibility of the Presence of Belladonna Alkaloids," Nov. 24, 2016, available at: https://wayback.archive-it.org/7993/20180126081527/https://www.fda.gov/Safety/Recalls/ucm530618.htm [*archived version*]                                 |      | FDA-008799-008802   |
| 6.18 | Warning Letter to Dr. Vin K. Nayak, President, Raritan Pharmaceuticals, Inc., June 20, 2017, available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/raritan-pharmaceuticals-inc-516099-06202017                                                                                                                          |      | FDA-008803-008810   |
| 6.19 | Memorandum, "Updated AERS counts of anosmia associated with the use of Zicam intranasal zinc-containing products," Sept. 17, 2008                                                                                                                                                                                                                                                 |      | FDA-008811-008837   |
| 6.20 | Memorandum, "Safety Review: Zicam Cold Remedy Nasal Gel (Zincum Gluconcum); Zicam Cold Remedy Gel Swabs (Zincum Gluconicum); Zinc gluconate nasal gel products," Mar. 11, 2009                                                                                                                                                                                                    |      | FDA-008838-008850   |
| 6.21 | "Public Health Advisory: Loss of Sense of Smell with Intranasal Cold Remedies Containing Zinc," June 16, 2009, available at: https://wayback.archive-                                                                                                                                                                                                                              |      | FDA-008851-008853   |

| | | | |
|---|---|---|---|
| | it.org/7993/20170113083932/http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm166059.htm [*archived version*] | | |
| 6.22 | Press release, "FDA Advises Consumers Not to Use Certain Zicam Cold Remedies," June 16, 2009, available at: https://wayback.archive-it.org/7993/20170113083934/http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/2009/ucm167065.htm [*archived version*] | | FDA-008854-008856 |
| 6.23 | "Warnings on Three Zicam Intranasal Zinc Products," June 16, 2009, available at: https://wayback.archive-it.org/7993/20170113083935/http://www.fda.gov/ForConsumers/ConsumerUpdates/ucm166931.htm [*archived version*] | | FDA-008857-008861 |
| 6.24 | "Zicam Fact Sheet," June 16, 2009, available at: https://wayback.archive-it.org/7993/20170113085924/http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm166927.htm [*archived version*] | | FDA-008862-008863 |
| 6.25 | Memorandum, "Determination of Zinc in four Zicam products," Mar. 12, 2007 | | FDA-008864-008872 |
| 6.26 | Warning Letter to William J. Hemelt, Acting President, CFO and COO, Matrixx Initiatives, Inc., June 16, 2009, available at: https://wayback.archive-it.org/7993/20170112195553/http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2009/ucm166909.htm | | FDA-008873-008876 |
| 6.27 | Centers for Disease Control and Prevention, "Parasites – Schistosomiasis," available at: https://www.cdc.gov/parasites/schistosomiasis/index.html | | FDA-008877-008878 |
| 6.28 | Untitled Letter to Michael D. Grubb, President, Professional and Complementary Health Formulas, LLC, Jan. 4, 2013 | | FDA-008879-008884 |
| 6.29 | Memorandum, "Ameba/Fluke Detox," Feb. 21, 2013 | | FDA-008885-008888 |
| 6.30 | https://www.amazon.com/Professional-Complementary-Health-Formulas/s?k=Professional+Complementary+Health+Formulas | | FDA-008889-008905 |

| 6.31 | Warning Letter to Hyun Eun Lee, Vice President, Kadesh International, May 2, 2019, available at: https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/kadesh-international-570947-05022019 | | FDA-008906-008913 |
|---|---|---|---|
| 6.32 | Warning Letter to U.S. Continental Marketing, Inc., May 2, 2019, available at: https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/us-continental-marketing-inc-570748-05022019 | | FDA-008914-008918 |
| 6.33 | Warning Letter to Robert L. Miller, Vice President, Fill It Pack It Inc., May 2, 2019, available at: https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/fill-it-pack-it-inc-570946-05022019 | | FDA-008919-008923 |
| 6.34 | Warning Letter to Jack S. Bershtel, Managing Partner, Bershtel Enterprises LLC d/b/a WePackItAll, May 2, 2019, available at: https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/bershtel-enterprises-llc-dba-wepackitall-570885-05022019 | | FDA-008924-008929 |
| 6.35 | Press Release, "FDA alerts consumers, pet owners not to use products manufactured by King Bio, including Dr. King's label, homeopathic drug and pet products," Aug. 28, 2018, available at: https://www.fda.gov/news-events/press-announcements/fda-alerts-consumers-pet-owners-not-use-products-manufactured-king-bio-including-dr-kings-label | | FDA-008930-008933 |
| 6.36 | Warning Letter to Frank King, Jr., President, King Bio Inc., Mar. 20, 2019, available at: https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/king-bio-inc-567480-03202019 | | FDA-008934-008949 |
| 6.37 | Warning Letter to Marjorie J. Roberts, Chief Executive Officer, Newton Laboratires Inc. d/b/a Newton Homeopathics, Apr. 23, 2019, | | FDA-008950-008962 |

| | | | |
|---|---|---|---|
| | available at: https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/newton-laboratories-inc-dba-newton-homeopathics-559612-04232019 | | |