UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, *et al.*, <br><br> Defendants. | Case No. 24-cv-2989 (CRC) |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Alliance for Natural Health USA ("ANH") and Meditrend, Inc. ("Meditrend"), pursuant to Federal Rule of Civil Procedure 56 and LCvR 7(h)(2), hereby moves this Court for summary judgment in their favor on Count III of the Plaintiffs' Complaint. This Motion is supported by the attached memorandum of law and the portions of the administrative record cited therein[1].

Respectfully submitted,

/s/ Jonathan Emord

_____

Jonathan W. Emord[2],
D.C. Bar # 407414,
Chimnonso Onyekwelu
Emord & Associates, P.C.,
11808 Wolf Run Lane,
Clifton, VA 20124
Email: jemord@emord.com
P: (703) 239-8968

DATED: October 8, 2025.

---

[1] In accordance with LCvR7(h)(2), a separate statement of material facts is not supplied because "judicial review is based solely on the administrative record." Rather, in accordance with (h)(2), the material facts are integrated into the Memorandum, each referenced to the corresponding page of the administrative record.

[2] Counsel of record