

Richard D. Savage,
*Owner, Managing Director*

*Meditrend®*

October 8, 2025

**Affidavit of Richard D. Savage, Owner and Managing Director of Meditrend, Inc.**

I, Richard D Savage, Owner and Managing Director of Meditrend Inc, declare under penalty of perjury of the laws of the United States that the following is true and correct:

1.  I am over 18 years of age and competent to testify.

2.  I am the Owner and Managing Director of Meditrend, Inc.

3.  Meditrend has experienced price increases from its suppliers since 2019, principally due to the reaction of these suppliers to decreases in available ingredients and in increased costs resulting from the revocation of CPG 400.400 and FDA insistence on full drug GMP compliance in inspections.

4.  Attached, as Attachment A and B, please find two letters to me (one from 2019, the other from 2023) explaining revocation of CPG 400.400 as the grounds for price increases from one of our principal manufacturers.
    - (Document titled: "A - Apotheca 2019 Price Increase Notice.pdf")
    - (Document titled: "B - Apotheca 2023 Price Increase Notice.pdf")

5.  Attached, as Attachment C, is a letter from one of our supplier's attorneys explaining the reasons for the price increases in Attachments A and B, namely that they are a response to increased costs arising from the revocation of CPG 400.400.
    - (Document titled: "C - Comments regarding Purchase Increase - Oct 7, 2025.pdf")

6.  Also attached as Attachment D is email correspondence to me from another principal manufacturer explaining the grounds for price increases in 2022.
    - (Document titled: "D - supplier notice of price increases after FDA inspection in '22.pdf")

7.  Another major supplier with whom we deal agrees that the revocation of CPG 400.400 and resulting FDA insistence through inspections on full drug GMP compliance is responsible for its price increases to Meditrend, but it refuses to go on the record for fear of agency retaliation.

8.  Also attached to this affidavit, as Attachment E, is a spreadsheet documenting the price increases we have experienced from the supplier mentioned in the letter.
    - (Document titled "E - Apotheca purchase history and price increases.pdf")



*Meditrend®*

October 8, 2025

9.   Also attached to this affidavit, as Attachment F, is another summary of overall price increases Meditrend, Inc. has experienced from all suppliers.  Those increases are principally due to the loss of ingredient suppliers willing to accept the risk of manufacturing drugs FDA declares in the revocation of CPG 400.400 to be unapproved and from new full drug GMP compliance cost increases experienced by remaining homeopathic drug manufacturers who produce products for Meditrend.
   - (Document titled "F - Increases in manufacturing costs by year.pdf")

10.   In the previous affidavit I submitted to the Court, I explained our over $400k loss attributable to discontinuing sale to all resellers via 3rd Party Platforms (such as Amazon) due to the concern our suppliers would no longer be able to procure ingredients required for our products. Further, continuing to sell to these large resellers would deplete our current supply without allowing us the time to find a resolution to the now apparent supply issue, assuming one could be found.  We have searched for that information and supplied it here.

11.   Attached, as Attachment G, please find invoice #258098 that was fulfilled at the beginning of  2022 in the amount of $327,654.32, showing a single order from said customer totalling over $300,000.
   -(Document titled "G - large invoice from 3rd party platform reseller beg '22.pdf")

12.   Attached, as Attachment H, please find email (titled "H - Email - 12-13-23 to Beauty Store USA.pdf") that shows our message to above customer, detailing the reason we could no longer sell to them: "The FDA recently placed additional restrictions on homeopathic manufacturing."  Additionally, previously submitted document (titled "Email – Customer cancellation – The Beauty Store USA – 2nd thread.pdf") shows a customer's response to our refusal to fulfill his order evidenced on this thread (dated 3/22/23) and his attempt to persuade us to fulfill the order by increasing the order total to $400,000.
   -(Document titled "H - Email - 12-13-23 to Beauty Store USA.pdf")

13.   Previously submitted document (titled "2020-2022 Sales – Online Resellers – Summary.pdf") evidences the total sales ($1,670,243) made to this customer group selling via 3rd Party Platforms (such as Amazon) up to the date of our cancellation communication sent to each customer on 11/22/22.  No sales have been made to this group since that letter was distributed.

_____                              10/08/2025
Richard D. Savage                                                                     Date
Owner/ Managing Director

LEGAL FDA Affidavit 10052025

Attachment A –

Apotheca 2019 Price Increase Notice.pdf

 Outlook

---

**Price Increase Notice - February 1, 2020**

---

**From** Kelly Stone <kelly.stone@apothecacompany.com>

**Date** Fri 12/27/2019 12:47 PM

**To** kelly.stone@apothecacompany.com <kelly.stone@apothecacompany.com>; Jessie Harding
<jessie.harding@apothecacompany.com>

📎 1 attachment (64 KB)
20191227123238038.pdf;

Dear Customer,
Please see the attached document notifying you of a price increase that will take effect on February 1,
2020. Please let me know if you have any questions and thank you for your continued business.

Sincerely,

*Kelly Stone*

Apotheca Sales Specialist
Apotheca / Energique / Liddell Laboratories / Peaceful Mountain
312 Lowrey Dr, Woodbine, IA 51579
Phone: (800) 736 – 3130 Ext. 3015
Email: kelly.stone@apothecacompany.com

# *Apotheca, Inc.*

**201 Apple Boulevard · P.O. Box 121 · Woodbine, IA 51579 · 800-736-3130**

December 27, 2019

Dear Valued Customer,

We greatly appreciate and thank you for your business.

Our industry continues to be the focus of intensifying scrutiny and concern from the Food and Drug Administration. We are seeing increased expenses in managing FDA's requirements, as well as cost increases in the normal course of doing business, that we, unfortunately, can no longer absorb.

Consequently, we are implementing a minimum 4.5% price increase on all orders received after January 31, 2020.  Some product orders will see an increase greater than 4.5% if they include preparations using ingredients that now require additional in-process testing.  While we continue to implement operational efficiencies and have closely managed operational costs, we are facing a time when those efforts are not enough.

Know that we will continue to control expenses and to be vigilant in our focus on manufacturing quality. We appreciate your business and look forward to our continued relationship.

Kind Regards,

Mike Evans
Chief Executive Officer
Apotheca, Inc.

Attachment B –

Apotheca 2023 Price Increase Notice.pdf

 Outlook

---

**FW: Price increase**

---

**From** Ronda Probasco <Ronda.Probasco@apothecacompany.com>
**Date** Fri 10/6/2023 12:46 PM
**To** Sales <Sales@apothecacompany.com>

📎 1 attachment (52 KB)
Price increase 2023 v1.doc;

Dear Valued Customer,
Please see the attached letter from Mike Evans, CEO, regarding price increases effective immediately. Please let us know if you have any questions.

Apotheca Sales
Rhonda Burbridge and Ronda Probasco



# *Apotheca, Inc.*

**201 Apple Boulevard  ·  P.O. Box 121  ·  Woodbine, IA 51579  ·  800-736-3130**
**4321 Browns Bridge Road · Gainesville, GA 30504  · 470-695-0495**

6 October 2023

Dear Valued Customer,

Since the start of the pandemic, Apotheca has done our absolute best to navigate an unpredictable supply chain and the ever-increasing expense for raw materials, shipments, laboratory services, regulatory compliance and labor which have all dramatically changed the cost of providing services to our customers. Ultimately, these unrelenting pressures have reached a point where we can no longer delay a price increase which will be effective on orders placed going forward. Unfortunately, the increase is case by case and in certain instances may be as high as 25% this will help us ensure our commitment to providing the very best products and services for our customers.

Please be assured that Apotheca has made every effort to keep this increase to a minimum. Apotheca, Inc. greatly appreciates your continued business and support through this time of continued change. If you have any further questions or concerns regarding this price increase, please do not hesitate to reach out. Our team is more than happy to discuss this situation with you.

Mike Evans
President/CEO

Attachment C –

Comments regarding Purchase Increase - Oct 7, 2025.pdf

# Law Offices of
# Daniel W. Roberts, LLC

904 Topaz Street
Superior, CO 80027

Bar Registrations
   Colorado
   Arizona
   US PTO

Telephone
720-304-3026

E Mail
dan@robertsiplegal.com

October 5, 2025

Mr. Rick Savage, Owner & Managing Director
Meditrend, Inc.
4820 Eubank Blvd NE
Albuquerque, New Mexico, 87111

**VIA EMAIL PDF**

Re:  Comments Regarding Price Increase

Dear Mr. Savage—

I write at the direction of my client Grato Holdings, a supplier of homeopathic products to your client, Meditrend, Inc. Earlier today you and Mr. Mike Evans, CEO of Grato Holdings, spoke with one another. Following that conversation, Mr. Evans directed me to write this letter to explain why Grato has had to increase the costs of homeopathic drugs manufactured for Meditrend, Inc. incrementally year after year since 2019.

In December 2017 the FDA published a Draft Guidance titled as Drug Products Labeled as Homeopathic, and further revised the document in October 2019 before finalizing it in 2022 coupled with the revocation of the prior safe harbor for homeopathic drugs to enter the market contained in CPG 400.400. In particular, FDA stated that no homeopathic drug was an approved drug and that all would be subject to removal from the market on a case-by-case basis predicated on FDA inspections discovering reason to call the product's safety into question. With the 2017 change in policy came a change in FDA inspections, investigators utilized the draft as if it were final at that time and continue to do so today.

Prior to the revocation of 400.400, FDA inspectors accepted proof of compliance with CPG 400.400 as sufficient for homeopathic drugs without need to provide substantial documentation ordinarily required for drugs granted FDA pre-market approval in full compliance with Current Good Manufacturing Practice (CGMP) regulations in 21 CFR Part 211. Since the proposal and subsequent finalization of that revocation, Grato Holdings has been advised by FDA inspectors that no homeopathic drug is approved in the United States, that documentary proof of compliance with CPG 400.400 was no longer sufficient, and that every drug manufactured, homeopathic or not, would have to comply fully with the documentation requirements under Part 211. That change caused certain of Grato Holdings' source ingredient suppliers to get out of the market of supplying homeopathic manufacturers, including Grato, thus reducing available source ingredient supply. It also caused us to have to pass on to you the added cost of maintaining compliance with the more extensive documentation requirements under part 211.

As a consequential result of fewer ingredients available and increased costs associated with making products in compliance with Part 211, Grato Holdings has increased the prices charged Meditrend, Inc. incrementally year after year since 2019.

I should note that the foregoing statements are intended solely as factual explanations for the pricing adjustments necessitated by regulatory developments. They are not intended to assign fault or criticism to any party. In light of the significance of these regulatory changes and their practical impact on manufacturing costs, it is important that these facts be understood plainly and without misinterpretation. The importance of these price increases, and the factors driving them, are of too great a consequence to the homeopathic industry for these statements not to be offered.

Please advise if any additional information or documentation would be helpful in further explaining the basis for these price adjustments of homeopathic drugs manufactured for Meditrend, Inc.

Sincerely,

Daniel W. Roberts, Esq.
720-304-3026
dan@robertsiplegal.com
www.robertsiplegal.com

Attachment D –

supplier notice of price increases after FDA inspection in '22.pdf

 Outlook

---

## pricing and orders

---

**From** ████████████████████████

**Date** Fri 9/23/2022 5:17 PM

**To** Seneca R. Savage <srsavage@meditrend.com>

**Cc** ████████████████████████████████████████████████████████
████████████████████████

---

📎 2 attachments (2 MB)

Progena All████████████████████████████████

---

Hi Seneca,

We have finally digested the changes we need to make to your products from our FDA visit. We cannot ship any current orders until we do some additional testing. We have to go backward and test the raw materials and mother tinctures beyond what we already did to become more current to the revised HPUS. This will increase costs via test fees and more regulatory and quality admin time. Mostly cost is in the test fees. Thankfully, you use the same base in most of your products so that limits the costs. I amortized that cost into those products. Please see attachment for the costs. This was not expected, so we need to change the price for the current orders and all future orders. For items that you order and are not repriced here, they will also need to be updated. We are also updating systems and some in house SOP's to accommodate the FDA, so it all adds up. While we have never had the FDA tell us to do so much, our attorney said this was one of the better FDA letters he has seen in the homeopathics world. What a perspective!!

We have some orders that are about done, but we cannot ship until we do the testing. I told QC to go ahead and do those expensive tests as they will take a couple weeks.

Can you resend the current PO's with the new prices. I am happy to review all this in a call as it is not expected. It also covers increases in costs to us for alcohol and glycerin and bottles.



Attachment E –

Apotheca purchase history and price increases.pdf

**Purchase History**

Orders submitted after 1/31/2020 received the first price increase communicated on 12/27/2019. See document titled "#2 - Apotheca 2019 Price Increase Notice.pdf"

Orders submitted after 10/6/2023 received the 2nd price increase communicated via email effective immediately. See document titled "#2 - Apotheca 2023 Price Increase Notice.pdf"

| Manuf Item # | Product Name | 2013 Qty | Cost | 2014 Qty | Cost | 2015 Qty | Cost | 2016 Qty | Cost | 2017 Qty | Cost | 2018 Qty | Cost | 2019 Qty | Cost | 2020 Qty | Cost | 2021 Qty | Cost | 2022 Qty | Cost | 2023 Qty | Cost | 2024 Qty | Cost | 2025 Qty | Cost | Current 2025 Qty | Cost | % increase Since 2018 | % Increase Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRGN68 | A▮ | | | | | 128 | 4.25 | | | 128 | 4.25 | | | | | 126 | 4.44 | | | | | | | | | | | 266 | 6.23 | 46.6% | Since '18 price for 266 units is not known, assumed higher '18 price for 128 units at 4.25, even though it would have been a better price point at higher qty |
| | | | | | | 130 | 4.25 | | | 128 | 4.25 | | | | | | | | | | | | | | | | | | | | |
| PRGN0002 | C▮ | | | 128 | 5.75 | | | | | 127 | 5.75 | 130 | 6.01 | | | 502 | 5.76* | | | | | | | 196 | 6.05 | | | 266 | 6.05 | 0.7% | Remaining inventory kept increase to a minimum |
| PRGN0003 | F▮ | | | | | | | | | | | 543 | 4.14 | 529 | 4.24 | 540 | 4.24* | 517 | 4.43 | 672 | 4.65 | 1032 | 5.01 | | | 1030 | 5.28 | 532 | 5.78 | 39.6% | Since '18 price for 1030 is not known, assumed typical 8.3% savings on '18 price of 4.14 @ 532 units when purchasing 1030 units, which is 3.78 |
| | | | | | | | | | | | | | | | | | | | | 800 | 4.65 | | | | | | | 1030 | 5.28 | 28.4% | |
| PRGN58 | L▮ | | | 131 | 5.75 | 126 | 5.75 | | | 128 | 5.75 | 127 | 5.95 | | | 128 | 5.95* | 257 | 6.22 | | | | | | | | | 266 | 7.46 | 25.4% | Since '18 price for 266 units is not known, assumed higher '18 price for 128 units at 5.95, even though it would have been a better price point at higher qty |
| | | | | 130 | 5.75 | | | | | | | | | | | 263 | 6.22 | | | | | | | | | | | | | | |
| PRGN0004 | L▮ | | | 266 | 5.10 | 131 | 5.75 | 125 | 5.75 | 125 | 5.75 | 128 | 5.95 | 266 | 5.95 | 493 | 5.75 | 530 | 6.01 | | | | | | | | | 266 | 7.84 | 31.8% | |
| | | | | 127 | 5.75 | | | | | | | 263 | 5.95 | | | | | | | | | | | | | | | 532 | 6.51 | 13.2% | |
| PRGN44 | F▮ | 128 | 5.75 | | | 129 | 5.75 | | | | | 126 | 6.01 | | | 126 | 6.01* | 264 | 6.28 | | | | | | | | | 266 | 6.97 | 16.0% | Since '18 price for 266 units is not known, assumed higher '18 price for 128 units at 5.75, even though it would have been a better price point at higher qty |
| PRGN63 | T▮ | 660 | 2.97 | | | 663 | 2.97 | | | | | 654 | 3.32 | | | 665 | 3.47 | | | | | | | | | | | 665 | 6.36 | 91.6% | |

\* Submitted prior to 1/31/20 price increase deadline

Attachment F –

Increases in manufacturing costs by year.pdf

**Increases in Costs to Manufacturer Meditrend,**
**Inc's Homeopathic Products - by Year**

| | | |
|---:|:---|---:|
| **2019** | $ | 52.90 |
| **2020** | $ | 248.70 |
| **2021** | $ | 322.40 |
| **2022** | $ | 16,464.62 |
| **2023** | $ | 66,631.46 |
| **2024** | $ | 40,281.69 |
| **2025** | $ | 61,233.90 |
| **TOTAL** | **$** | **185,235.67** |

Attachment G –

large invoice from 3rd party platform reseller beg '22.pdf



**Meditrend®**



**ALLERGENA**

**MEDITREND, INC.**
dba PROGENA PROFESSIONAL FORMULATIONS
4820 EUBANK BLVD NE
ALBUQUERQUE, NM 87111
(800) 545-8900  (505) 292-0700
FAX: (505) 292-9356
email: retail@meditrend.com
www.meditrend.com

# INVOICE

Invoice Number:  258098
Invoice Date:  Jan 6, 2022
Page:  1

*Duplicate*

| Sold To: | Ship to: |
|---|---|
| Beauty Store USA<br>491 Route 208<br>Monroe, NY 10950<br><br>845-248-2458 | Beauty Store USA<br>360 NY 211 E<br>(back of building)<br>Middletown, NY 10940 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| beaus0 | Email order | Prepaid | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| rds-00 | UPS Ground | | Jan 6, 2022 |

| Quantity | Item | Description | Item UPC | Not Shipped | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 5,000 | AllCFTx01oz | Allergena TX Cedar Fever (1oz Drops) (Alc-Free) | 664945201870 | | 9.00 | 45,000.00 |
| 833 | discount | >Discount Off Order Total PC | | | 9.00 | -7,497.00 |
| 10,000 | AllCFTx02oz | Allergena TX Cedar Fever (2oz Drops) (Alc-Free) | 664945201887 | | 12.50 | 125,000.00 |
| 1,667 | discount | >Discount Off Order Total PC | | | 12.50 | -20,837.50 |
| 4,500 | AllZon502oz | Allergena Zone 5  (2oz Drops) | 664945200118 | | 12.50 | 56,250.00 |
| 750 | discount | >Discount Off Order Total PC | | | 12.50 | -9,375.00 |
| 6,500 | AllTexTr02oz | Allergena Texas Trees (2oz Drops) | 664945201801 | | 12.50 | 81,250.00 |
| 1,083 | discount | >Discount Off Order Total PC | | | 12.50 | -13,537.50 |
| 200 | AllZon302oz | Allergena Zone 3  (2oz Drops) | 664945201931 | | 12.50 | 2,500.00 |
| 33 | discount | >Discount Off Order Total PC | | | 12.50 | -412.50 |
| 800 | AllZon202oz | Allergena Zone 2  (2oz Drops) | 664945201856 | | 12.50 | 10,000.00 |
| 133 | discount | >Discount Off Order Total PC | | | 12.50 | -1,662.50 |
| 180 | AllSeasTabs090t | Allergena Seasonal Allergy Tabs (90 Tabs) | 664945202020 | | 12.50 | 2,250.00 |
| 30 | discount | >Discount Off Order Total PC | | | 12.50 | -375.00 |
| 240 | All4Pet01oz | Allergena For Pets (1oz Drops) (Alc-Free) | 664945201917 | | 9.00 | 2,160.00 |
| 40 | discount | >Discount Off Order Total PC | | | 9.00 | -360.00 |
| 250 | AllZon5K01oz | Allergena Zone 5 KIDS  (1oz Drops) | 664945201818 | | 9.00 | 2,250.00 |

**Backordered Product:**
*Backorders will automatically ship once product becomes available, and Progena will cover Ground freight cost.  You will not be charged for backordered products until they ship.*

Credit Requests / Damaged Goods: credits@meditrend.com

*All Claims for damaged goods or inaccurate shipments must be made to shipper within 5 days of receipt of goods.  Credit provided for pre-authorized returns (subject to 15% restocking fee) on unmarked goods less than 90 days old.*

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Freight | 0.00 |
| **TOTAL** | **Continued** |

*Thank you for your business.  Please let us know how we can better serve you.*

| Credit Requests | Phone | Email |
|---|---|---|
| credits@meditrend.com | 800-545-8900 | accountspayable@meditrend.com |



**MEDITREND, INC.**
dba PROGENA PROFESSIONAL FORMULATIONS
4820 EUBANK BLVD NE
ALBUQUERQUE, NM 87111
(800) 545-8900  (505) 292-0700
FAX: (505) 292-9356
email: retail@meditrend.com
www.meditrend.com

*Meditrend®*

**PROGENA** Professional Formulations

**ALLERGENA**

# INVOICE

Invoice Number:  258098
Invoice Date:  Jan 6, 2022
Page:  2

*Duplicate*

| Sold To: | Ship to: |
|---|---|
| Beauty Store USA<br>491 Route 208<br>Monroe, NY  10950<br><br>845-248-2458 | Beauty Store USA<br>360 NY 211 E<br>(back of building)<br>Middletown, NY  10940 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| beaus0 | Email order | Prepaid | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| rds-00 | UPS Ground | | Jan 6, 2022 |

| Quantity | Item | Description | Item UPC | Not Shipped | Unit Price | Amount |
|---|---|---|---|---|---|---|
| | | (Alc-Free) | | | | |
| 42 | discount | >Discount Off Order Total PC | | | 9.00 | -378.00 |
| 100 | AllTexK01oz | Allergena Texas Trees KIDS (1oz Drops) (Alc-Free) | 664945201795 | | 9.00 | 900.00 |
| 17 | discount | >Discount Off Order Total PC | | | 9.00 | -153.00 |
| 100 | DusMite01oz | Allergena Dust + Mite  (1oz Drops) | 664945200446 | | 9.00 | 900.00 |
| 17 | discount | >Discount Off Order Total PC | | | 9.00 | -153.00 |
| 150 | osteoplus 180c | Osteo Plus  (180 Caps) | 664945202259 | | 13.75 | 2,062.50 |
| 25 | discount | >Discount Off Order Total PC | | | 13.75 | -343.75 |
| 3,000 | AllCFTxK01oz | Allergena TX Cedar Fever KIDS (1oz Drops) (Alc-Free) | 664945201894 | | 9.00 | 27,000.00 |
| 500 | discount | >Discount Off Order Total PC | | | 9.00 | -4,500.00 |
| 180 | AllZon602oz | Allergena Zone 6  (2oz Drops) | 664945200132 | | 12.50 | 2,250.00 |
| 30 | discount | >Discount Off Order Total PC | | | 12.50 | -375.00 |
| 240 | AllPetDa01oz | Allergena Pet Dander (1oz Drops) | 664945201924 | | 9.00 | 2,160.00 |
| 40 | discount | >Discount Off Order Total PC | | | 9.00 | -360.00 |
| 1,200 | AllMolMi02oz | Allergena Mold Mix (2oz Drops) | 664945200064 | | 12.50 | 15,000.00 |
| 200 | discount | >Discount Off Order Total PC | | | 12.50 | -2,500.00 |
| 180 | AllZon902oz | Allergena Zone 9  (2oz Drops) | 664945201849 | | 12.50 | 2,250.00 |
| 30 | discount | >Discount Off Order Total PC | | | 12.50 | -375.00 |
| 180 | AllZon102oz | Allergena Zone 1  (2oz Drops) | 664945201900 | | 12.50 | 2,250.00 |

**Backordered Product:**
*Backorders will automatically ship once product becomes available, and Progena will cover Ground freight cost.  You will not be charged for backordered products until they ship.*
**Credit Requests / Damaged Goods:** credits@meditrend.com
*All Claims for damaged goods or inaccurate shipments must be made to shipper within 5 days of receipt of goods.  Credit provided for pre-authorized returns (subject to 15% restocking fee) on unmarked goods less than 90 days old.*

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Freight | 0.00 |
| **TOTAL** | **Continued** |

*Thank you for your business.  Please let us know how we can better serve you.*

| Credit Requests | Phone | Email |
|---|---|---|
| credits@meditrend.com | 800-545-8900 | accountspayable@meditrend.com |



**Meditrend®**

**MEDITREND, INC.**
dba PROGENA PROFESSIONAL FORMULATIONS
4820 EUBANK BLVD NE
ALBUQUERQUE, NM 87111
(800) 545-8900  (505) 292-0700
FAX: (505) 292-9356
email: retail@meditrend.com
www.meditrend.com

**PROGENA** PROGENA Professional Formulations

**ALLERGENA**

# INVOICE

| | |
|---|---|
| Invoice Number: | 258098 |
| Invoice Date: | Jan 6, 2022 |
| Page: | 3 |

*Duplicate*

**Sold To:**

Beauty Store USA
491 Route 208
Monroe, NY  10950

845-248-2458

**Ship to:**

Beauty Store USA
360 NY 211 E
(back of building)
Middletown, NY  10940

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| beaus0 | Email order | Prepaid | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| rds-00 | UPS Ground | | Jan 6, 2022 |

| Quantity | Item | Description | Item UPC | Not Shipped | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 30 | discount | >Discount Off Order Total PC | | | 12.50 | -375.00 |
| 240 | DusMite01oz | Allergena Dust + Mite  (1oz Drops) | 664945200446 | | 9.00 | 2,160.00 |
| 40 | discount | >Discount Off Order Total PC | | | 9.00 | -360.00 |
| 1 | | CC processing fee 2.5% | | | 7,991.57 | 7,991.57 |

**Backordered Product:**
*Backorders will automatically ship once product becomes available, and Progena will cover Ground freight cost.  You will not be charged for backordered products until they ship.*

**Credit Requests / Damaged Goods: credits@meditrend.com**
*All Claims for damaged goods or inaccurate shipments must be made to shipper within 5 days of receipt of goods.  Credit provided for pre-authorized returns (subject to 15% restocking fee) on unmarked goods less than 90 days old.*

| | |
|---|---|
| Subtotal | 327,654.32 |
| Sales Tax | 0.00 |
| Freight | 0.00 |
| **TOTAL** | **327,654.32** |

*Thank you for your business.  Please let us know how we can better serve you.*

| **Credit Requests** | **Phone** | **Email** |
|---|---|---|
| credits@meditrend.com | 800-545-8900 | accountspayable@meditrend.com |

Attachment H –

Email - 12-13-23 to Beauty Store USA.pdf

 Outlook

---

**RE: Reselling Allergena & Progena Products**

---

**From** Seneca R. Savage <srsavage@meditrend.com>

**Date** Tue 12/13/2022 11:33 AM

**To** Beauty Store USA <theusabeautystore@gmail.com>

Hello Moshe,

Thank you for your patience!

The FDA recently placed additional restrictions on homeopathic manufacturing. As a result, our manufacturing timeline has moved back. Consequently, we may have difficulty meeting our Q1 demand. This is a short term hurdle. Nevertheless, we have decided to restructure our relationships with customers reselling via 3rd Party Platforms such as Amazon, Walmart, etc.

We will likely re-assess this decision at the end of 2023. If we decide at that point to re-engage customers selling via 3rd Party Marketplaces, we will reach out to you to discuss.

Thank you for understanding!

Best,

**Seneca R. Savage**
Chief Executive Officer



---

**From:** Beauty Store USA <theusabeautystore@gmail.com>
**Sent:** Wednesday, November 30, 2022 3:30 PM
**To:** Seneca R. Savage <srsavage@meditrend.com>
**Subject:** Re: Reselling Allergena & Progena Products

Hi Seneca.
This is Moshe Breuer, owner of beauty store USA Inc
I would like to TALK to you. How can I reach you?
All the best!

On Tue, Nov 22, 2022 at 7:12 PM Seneca R. Savage <srsavage@meditrend.com> wrote:

> Hello Mr. Spielman,
>
> The notice below is being delivered to all Online Resellers selling Meditrend Brands (Allergena & Progena) via 3rd Party Marketplaces, such as Amazon.

Progena is reorganizing due to supply chain issues and other market forces outside our control.  Accordingly, sales to online resellers selling via third-party marketplaces, including Amazon, are being halted.  Sellers WILL be permitted to sell their remaining stock via these marketplaces, pursuant to the attached MAP policy.

Online Reseller Accounts designated internally as selling via third party marketplace(s) have been closed and will no longer receive discounted pricing.  If your account has been closed as a result of this change, yet you intend to sell product through a brick and mortar store or via your own website, <u>please re-apply for a reseller account at Meditrend.com.</u>

We apologize for this sudden, unfortunate change of circumstances affecting Online Resellers and we want to thank you for your patronage over the years.


Sincerely,

**Seneca R. Savage**
Chief Executive Officer

