UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>United States of America, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:24-cv-02989-CRC |

**Defendants' Cross-Motion for Summary Judgment**

Defendants hereby move the Court for summary judgment under Federal Rule of Civil Procedure 56 as to Count III of the Complaint. The grounds for this motion are fully set forth in an accompanying memorandum.

| | |
|---|---|
| January 2, 2026 | Respectfully submitted, |
| OF COUNSEL: | BRETT A. SHUMATE<br>Assistant Attorney General |
| MICHAEL B. STUART<br>General Counsel<br>U.S. Department of Health and Human Services | JAMES W. HARLOW<br>Acting Assistant Director |
| SEAN R. KEVENEY<br>Chief Counsel<br>Food and Drug Administration | */s/ David H. Hixson*<br>DAVID H. HIXSON (Ill. Bar No. 6289751)<br>Trial Attorney<br>Federal Programs Branch<br>Civil Division<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, DC 20005<br>(202) 449-8070<br>(202) 514-8742 (fax)<br>David.H.Hixson@usdoj.gov |
| WENDY VICENTE<br>Deputy Chief Counsel, Litigation | |
| ELIZABETH BONOMO<br>Assistant Chief Counsel<br>Office of the Chief Counsel<br>U.S. Food and Drug Administration<br>10903 New Hampshire Ave.<br>White Oak 31<br>Silver Spring, MD  20993-0002 | |