UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance for Natural Health USA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-02989-CRC |

**[Proposed] Order Granting Defendants' Cross-Motion for Summary Judgment**

Before the Court is Defendants' Cross-Motion for Summary Judgment under Federal Rule of Civil Procedure 56 as to Count III of the Complaint. Having considered the parties' arguments in light of the governing standard, it is hereby ORDERED that Defendants' Cross-Motion is GRANTED and Plaintiffs' Motion is DENIED.

SO ORDERED.

Dated: _____              _____
                                    CHRISTOPHER R. COOPER
                                    United States District Judge